# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK



|  |  |
|---|---|
| COGNEX CORP., and COGNEX TECHNOLOGY & INVESTMENT LLC, | |
| Plaintiffs, | Civil Action No. 13 Civ. 02027 (JSR) |
| v. | **ECF Case** |
| MICROSCAN SYSTEMS, INC., and THE CODE CORPORATION, | |
| Defendants. | |

## [PROPOSED] PRETRIAL CONSENT ORDER

Pursuant to Rule 4 of the Court's individual rules of practice, Plaintiffs Cognex Corporation ("Cognex Corp.") and Cognex Technology & Investment LLC ("CTI LLC") (collectively, "Cognex") and Defendants Microscan Systems, Inc. ("Microscan") and the Code Corporation ("Code") (collectively, "Defendants") (with Cognex, the "parties") jointly submit this proposed pretrial consent order.

I.   Joint Overview of the Case

    A.   This is a patent infringement case. Cognex alleges that Defendants' Mobile Hawk Direct Part Mark Reader (the "Mobile Hawk") infringes claims 1 and 30 of U.S. Patent No. 7,874,487 ("the '487 patent"). Cognex also alleges that Defendants infringement is willful.

    B.   Defendants deny that the Mobile Hawk infringes claims 1 and 30 of the '487 patent, allege that claims 1 and 30 of the '487 patent are invalid over the prior art, and

allege that the '487 patent is unenforceable because of inequitable conduct during prosecution.

C.      Cognex denies that any claim is invalid and that the '487 patent is unenforceable.

D.      The parties exchanged documents, submitted burden-of-proof and rebuttal expert reports, and deposed fact and expert witnesses.

E.      According to a schedule set by the Court, the parties fully briefed all claim construction issues, including the meaning of "light pipe" and "light transmitted through the light pipe is internally reflected along the pipe." [D.E. 55 and D.E. 57].  The Court held a *Markman* hearing on September 12, 2013 and issued claim constructions on September 17, 2013.  [D.E. 70].  The Court ruled that a "light pipe" is a "hollow cylinder or tube that transmits light." [D.E. 70] at 3.  The Court ruled that "[t]he other terms in the clause 'light transmitted through the light pipe is internally reflected along the pipe' require no further construction."   [D.E. 70] at 3.

F.      The parties also agreed to certain claim constructions as set forth in [D.E. 58-1].

G.      Defendants moved for summary judgment that claims 1, 2, 12, 23, 24, 25, 18, 29, 30, 21, and 41 of the '487 patent are invalid.  On September 4, 2013, the Court entered an order granting the motion with respect to claims 23, 28, and 29, denying as moot the motion with respect to claims 12, 24, 25, and 41, and denying the motion with respect to claims 1, 2, 30, and 31. [D.E. 63.]

H.      On September 20, 2013, the parties filed motions for summary judgment.  The court resolved all then-pending motions for summary judgment in a Memorandum Order issued on December 31, 2013. *See* [D.E. 142].

1.      On September 20, 2013 Cognex moved for partial summary judgment that the dark field light pipe used with the HawkEye 5x Products does not anticipate claims 1 and 30 of the '487 patent.  [D.E. 65].  On December 31, 2013, the Court denied Cognex's motion. [D.E. 142] at 5.

2.      On September 20, 2013, Defendants moved for summary judgment that the dark field light pipe used with the HawkEye 5x Products anticipates claims 1 and 30 of the '487 patent. [D.E. 67].  On December 31, 2013, the Court denied Defendants' motion. [D.E. 142] at 5.

3.      On September 20, 2013, Defendants moved for summary judgment that the Mobile Hawk does not infringe claims 1 and 30 of the '487 patent. [D.E. 66]. On December 31, 2013, the Court denied Defendants' motion.  [D.E. 142] at 11.

4.      On September 20, 2013, Defendants moved for partial summary judgment that Cognex is not entitled to damages prior to when Cognex provided actual notice of infringement. [D.E. 68].  On December 31, 2013, the Court granted Defendants' motion.  [D.E. 142] at 13-14.

I.      On February 6, 2014, Defendants moved for summary judgment that claims 1 and 30 of the '487 patent, as construed by the court, are invalid because they are indefinite. [D.E. 143].  The Court denied Defendants' motion on April 7, 2014.  [D.E. 175.]

II.     Particularized Description of Each Party's Remaining Claims and Counterclaims

A.      Plaintiffs' Remaining Claims

1.      Microscan and Code have literally and/or under the doctrine of equivalents, either directly, by contributory infringement, or by inducing others to infringe, infringed claims 1 and 30 of U.S. Patent No. 7,874,487 ("the '487

patent") by, without authority, making, using, offering to sell or selling within the United States, and/or importing into the United States, the Microscan Mobile Hawk Handheld DPM Imager ("Mobile Hawk") that incorporate or make use of the inventions covered by the '487 patent.

2.      Microscan and Code's infringement of claims 1 and 30 of the '487 patent has been, and continues to be, willful by Defendants' continuing to make, use, offer for sale or sell, and/or import into the United States despite and objectively high likelihood that such actions constituted infringement of claims 1 and 30 of the '487 patent,

3.      This case is an exceptional case and Plaintiffs are entitled to their costs and reasonable attorneys' fees under 35 U.S.C. § 285 due to Defendants' willful infringement of claims 1 and 30 of the '487 patent.

B.      Defendants' Remaining Affirmative Defenses

1.      Claims 1 and 30 of the '487 patent are invalid as anticipated under 35 U.S.C. § 102(b) (pre-AIA) by the HawkEye 5x series of handheld readers with a dark field light pipe ("HawkEye"). The HawkEye was on sale, described in a printed publication, known by others, and in public use more than a year before the application that issued as the '487 patent was filed. The HawkEye discloses every element of claims 1 and 30 of the '487 patent.

2.      Claims 1 and 30 of the '487 patent are invalid because they are indefinite.

3.      The '487 patent is unenforceable due to inequitable conduct. The inventors of the '487 patent knew about the HawkEye more than a year before the application that issued as the '487 patent was filed. The HawkEye is material

prior art because claims 1 and 30 of the '487 patent would not have issued but for the inventors withholding the HawkEye and the material information about that device known to them. The inventors withheld the HawkEye and the material information known to them with specific intent to deceive the Patent Office into issuing the '487 patent.

4.      This case is exceptional under 35 U.S.C. § 285.

III.    Statement of Stipulated Facts

A.    The Parties

1.      Plaintiff Cognex Corp. is a corporation organized under the corporate laws of the Commonwealth of Massachusetts, with its principal place of business in Natick, Massachusetts.

2.      Defendant Microscan is a corporation organized under the corporate laws of the state of Delaware with its principal place of business in Renton, Washington.

3.      Defendant Code is a corporation organized under the corporate laws of the state of Delaware with its principal place of business in Bluffdale, Utah.

B.    Technological Background

1.      Direct part marking ("DPM") is a methodology whereby symbols are permanently marked or etched directly on the surface of an object.

2.      DPM readers employ specialized illumination systems to light marks with sufficient contrast to read them.

3.     Bright field illumination is defined in the '487 patent as illumination that impinges upon a surface at an angle of greater than 45 degrees with respect to the surface being illuminated.

4.     Dark field illumination is defined in the '487 patent as illumination that impinges upon a surface at an angle of 45 degrees or less with respect to the surface being illuminated.

C.     The '487 Patent

1.     The '487 patent is entitled "Integrated Illumination Assembly for Symbology Reader."

2.     The '487 is directed to devices for reading symbology, which may be either a one-dimensional (1D) barcode or a two-dimensional (2D) matrix or stacked bar code that has either been directly marked on an object or part or printed on a paper substrate and adhered to the object or part for identification and automated data collection purposes

3.     The '487 patent issued on January 25, 2011.

4.     The '487 patent issued from United States Patent Application No. 11/257,411 ("the '411 application").

5.     The '411 application was filed on October 24, 2005 and the '487 patent claims no earlier priority date.

6.     The named inventors on the '487 patent are William Equitz ("Mr. Equitz") and Laurens Nunnink ("Mr. Nunnink").

7.     On December 19, 2005 and December 23, 2005, respectively, Mr. Nunnink and Mr. Equitz, assigned their rights in the '487 patent to CTIC.

8.     The '487 patent will expire on October 24, 2025.

9.     Claims 1 and 30 of the '487 patent are independent claims.

10.     Claim 1 of the '487 patent recites: "An illumination assembly for a mark reader comprising: a light pipe arranged in a surrounding relationship to an interior area through which at least a portion of a mark is detectable having a distal end that is chamfered and includes a diffusive surface texture on the outer surface, wherein light transmitted though the light pipe is internally reflected along the pipe and is internally reflected at the chamfered end through a wall of the light pipe facing the interior area as dark field illumination and is refracted onto the surface at the chamfered end as bright field illumination."

11.     Claim 30 of the '487 patent recites: "An illumination assembly for a mark reader comprising: a light pipe arranged in a surrounding relationship to an interior area through which at least a portion of a mark is detectable, the light pipe having a chamfered distal end that includes a chamfered surface, the chamfered surface having a diffusive surface texture, and wherein light transmitted through the light pipe is internally reflected along the pipe and is internally reflected at the chamfered distal end through an interior wall of the light pipe facing the interior area as dark field illumination and is refracted by the chamfered distal end as bright field illumination."

D.     The Present Litigation

1.     Dr. Robert Shillman, Chairman of Cognex Corp., sent a letter to John O'Higgins, CEO of Spectris, alleging that the Mobile Hawk infringes the '487 patent on June 12, 2012.

2.      On March 26, 2013, Cognex Corporation and Cognex Technology & Investment Corporation filed the Complaint in this action.

3.      On May 14, 2014, a First Amended Complaint was filed, substituting Cognex Technology & Investment LLC for Cognex Technology & Investment Corporation.

E.    The Accused Product

    1.      The Mobile Hawk is a handheld DPM reader.

    2.      The Mobile Hawk was developed by Microscan and Code.

F.    Cognex Corp.'s Products Covered by the '487 patent

    1.      Cognex Corp. introduced the DataMan 7500 Handheld Reader product in January 2006.

IV.   Contested Issues of Fact

A.    Cognex's Contentions as to Contested Issues of Fact

    1.      Standing

        a)      Plaintiff CTI LLC is a limited liability company organized under the laws of the State of California, with its principal place of business in Natick, Massachusetts.

        b)      Cognex Technology and Investment Corporation ("CTIC") was a corporation organized under the laws of the State of California with its principal place of business in Mountain View, California.

        c)      CTI LLC is Cognex Corp.'s wholly owned subsidiary.

        d)      CTIC was Cognex Corp.'s wholly owned subsidiary.

8

e)      On December 30, 2003, CTIC converted from a corporation to a limited liability company, CTI LLC.

f)      On May 6, 2013, Mr. Nunnink and Mr. Equitz executed a corrective assignment correcting the name of the assignee of their rights in the '487 patent to CTI LLC.

g)      CTI LLC is the present owner of the '487 Patent.

h)      Cognex Corp. is the exclusive licensee to the '487 Patent, with the right to sublicense.

i)      CTI LLC granted Cognex Corp. an exclusive license to the '487 Patent with the right to sublicense.

j)      Cognex Corp. has, with CTI LLC's knowledge and consent, developed and marketed products that embody the inventions claimed in the '487 patent, exercised its right to sublicense (including to HHP), and has sought to enforce its rights in the '487 patent against third parties. Cognex Corp. has acted like the exclusive licensee and CTI LLC has permitted Cognex Corp. to do so.

2.   Infringement

a)      The teachings and claims of the '487 Patent relate to an illumination apparatus that is designed specifically to appropriately illuminate a DPM such that an image of sufficient contrast difference between marked and unmarked areas and overall quality is generated such that the image can be processed and decoded by the integrated device on a

consistent basis to provide a reliable automatic identification function as part of a practical overall information gathering process.

b)      Defendants have infringed claims 1 and 30 of the Mobile Hawk by making, using, selling or offering for sale in the United States, or importing into the United States the Mobile Hawk.

c)      Defendants have in the past, and/or currently, make, sell, offer for sale in the United States, and import into the United States, the Mobile Hawk.

d)      A person of ordinary skill in the art to which the '487 patent pertains would be an opto-mechanical engineer with a bachelor's degree and 3 to 5 years of experience designing bar code reading equipment. A person of skill in the art can also encompass persons with higher degrees and fewer, if any, years of work experience, or persons without a B.S. degree and significantly greater work experience.

e)      The Mobile Hawk has an illumination assembly that includes a component that Cognex alleges is a light pipe.

f)      The Mobile Hawk's alleged light pipe is made of a type of light-transmissive plastic called Zeonex E48R.

g)      The Mobile Hawk's alleged light pipe is the claimed light pipe because it is a hollow cylinder or tube that transmits light.

h)      Light is internally reflected along the Mobile Hawk's alleged light pipe.

i)   The Mobile Hawk's alleged light pipe is arranged in a surrounding relationship to an interior area through which at least a portion of a mark is detectable.

j)   The Mobile Hawk's alleged light pipe has a distal end that is chamfered and includes a diffusive surface texture on the outer surface.

k)   Light transmitted though the Mobile Hawk's alleged light pipe is internally reflected at the chamfered end through a wall of the light pipe facing the interior area as dark field illumination.

l)   Light transmitted through the Mobile Hawk's alleged light pipe is refracted onto the surface at the chamfered end as bright field illumination.

m)   U.S. Patent No. 8,107,808 covers the Mobile Hawk's alleged light pipe.

n)   The Mobile Hawk infringes claims 1 and 30 of the '487 patent under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve substantially the same result as the invention claimed in claims 1 and 30 of the '487 patent.

3.   Willfulness

a)   Defendants willfully infringed claims 1 and 30 of the '487 patent.

b)   Defendants actually knew or should have known that their actions created an unjustifiably high risk of infringement of a valid and enforceable patent.

4.   Damages

11

a)      If it is determined that Defendants infringe one or more of claims 1 and 30 of the '487 patent, the amount of damages due to Cognex from Defendants is no less than Cognex Corp.'s lost profits resulting from Defendants infringing activity, plus interests and costs.

(1)      The only products against which Cognex Corp. directly competes in the market for high-end DPM readers are the Mobile Hawk and rebranded Mobile Hawks.

(2)      Cognex Corp.'s DataMan 7500, 8500 and 9500 handheld readers and the Mobile Hawk and rebranded versions of the Mobile Hawk are the only products on the market that have a single passive light pipe for both dark field and bright field illumination and that can read DPMs in all environments.

(3)      Cognex Corp.'s DataMan 7500, 8500 and 9500 each embody at least claims 1 and 30 of the '487 patent.

(4)      Cognex Corp. sold one or more of the DataMan 7500, 8500, and 9500 handheld readers in the United States continuously since January 25, 2011.

(5)      Cognex Corp. introduced its DataMan 8500 product to the market in August 2010.

(6)      Cognex Corp. introduced the DataMan 9500 in October 2012.

(7)      There are no acceptable non-infringing alternatives to a single passive light pipe capable of producing both dark field and

12

bright field illumination in all DPM environments as claimed by the '487 patent.

(8)     Using separate light pipes for bright field and dark field illumination is unsatisfactory because this method increases cost, size, and power consumption and could implicate intellectual property owned by Cognex Corp. not at issue in this litigation.  For the market in which the products containing he invention compete, the handheld devices must be able to read DPMs in all environments.

(9)     Cognex Corp. had the sales, marketing, and manufacturing capacity to meet demand for Microscan's accused product sales.

b)     Alternatively, Cognex Corp. is entitled to no less than a reasonable royalty, plus interest and costs.

(1)     Quantitative valuation approaches:

(a)     Market approach:

(i)     Cognex has not licensed the '487 patent to third parties.

(b)     Cost approach:

(i)     There are no feasible or demonstrated design-around solutions to the technology claimed in the '487 patent.

(c)     Income approach:

(i)    The '487 patent relates to a single light pipe that can be used for both dark field and bright field illumination in a barcode reader.

(2)    *Georgia-Pacific* factors:

(a)    CTI LLC has not out-licensed the '487 patent.

(b)    Cognex Corp. and Defendants are direct competitors in the hand held barcode reader market.

(c)    The market for high-end, hand held barcode readers such as the DataMan products and the Mobile Hawk is a niche segment of the larger market for hand held barcode readers.

(d)    Cognex Corp. was the first manufacturer of high-end, hand held barcode readers.

(e)    The only other competitors in the market for high-end, hand held barcode readers are DataLogic and Siemens, both of whom sell rebranded Mobile Hawk products purchased from Microscan.

(f)    Demand for the patented inventions drives the sales for high-end, hand held barcode readers and their accessory products.

(g)    Sales of the DataMan products at issue contribute to the sales of other DataMan products.

(h)     Cognex Corp.'s and Defendants' actual gross margins are higher than their expected gross margins.

(i)     Barcode technology enabled by the prior art did not allow for the easy reading of both high-contract and low-contrast symbols by one barcode scanner. The '487 patent describes and claims a single light pipe that can be used for both dark field and bright field illumination. Before this invention, to the extent a mark reader emitted both dark field and bright field illumination, it would have needed two light pipes, one for dark field and one for bright field. The '487 patent also provides improved diffuse illumination of the light on the surface to be imaged, thereby alleviating spotting affects.

c)     This is an exceptional case under 35 U.S.C. § 285.

B.     Defendants' Contentions as to Contested Issues of Fact

1.     No Standing

a)     CTI LLC is not a limited liability company organized under the laws of the State of California, with its principal place of business in Natick, Massachusetts.

b)     Cognex Technology and Investment Corporation ("CTIC") was not a corporation organized under the laws of the State of California with its principal place of business in Mountain View, California.

c)     CTI LLC is not Cognex Corp.'s wholly owned subsidiary.

15

d)      CTIC was not Cognex Corp.'s wholly owned subsidiary.

e)      On December 30, 2003, CTIC did not convert from a corporation to a limited liability company, CTI LLC.

f)      Mr. Nunnink and Mr. Equitz did not execute a corrective assignment correcting the name of the assignee of their rights in the '487 patent to CTI LLC.

g)      CTI LLC is not the present owner of the '487 Patent.

h)      Cognex Corp. is not the exclusive licensee to the '487 patent with the right to sublicense.

i)      Cognex Corp. has not with CTI LLC's knowledge and consent, developed and marketed products that embody the inventions claimed in the '487 patent, exercised its right to sublicense (including to HHP), and has sought to enforce its rights in the '487 patent against third parties. Cognex Corp. has not acted like the exclusive licensee and CTI LLC has not permitted Cognex Corp. to do so.

2.      Non-Infringement

a)      The Mobile Hawk does not have a "light pipe" as required by claims 1 and 30 of the '487 patent.

b)      A person of ordinary skill in the art to which the '487 patent pertains would be a person having a basic high school level to associates degree level technical education usually either in optics or electronics, who developed skill based on 2 to 4 years of experience observing the empirical effects of the construction of different illumination systems

16

along with some self-taught education in basic physics, and general optics;

to a person to had an undergraduate and/or advanced degree in optics, with

formal training in geometrical optics, physical optics, radiometry and

optical detection, a good understanding of the physical laws and

electronics either through direct experience or based on supplemental

training and 1 to 5 years of experience applying the aforementioned

formal training in industry.

c)      The material from which the Mobile Hawk prism is made is

irrelevant to this trial.

d)      The Mobile Hawk prism is not a "light pipe" as that term is used in

the '487 patent because it is not a hollow cylinder or tube that transmits

light.

e)      Light transmitted through the Mobile Hawk prism is not internally

reflected along the prism.

f)      The Mobile Hawk prism creates dark field illumination by

reflecting light off the angled side through the interior wall of the prism.

g)      The Mobile Hawk prism creates bright field illumination through

its prism by refracting light through the angled side.

h)      Whether any invention claimed in U.S. Patent No. 8,107,808 is

embodied in the Mobile Hawk is irrelevant to this trial.

i)      The Mobile Hawk does not infringe claim 1 or 30 under the

doctrine of equivalents.  The Mobile Hawk prism is substantially different

than the "light pipe" required by claims 1 and 30 of the '487 patent.  Light

17

transmitted through the Mobile Hawk prism is not internally reflected along the prism. The absence of a claim element cannot be an equivalent to the presence of a claim element. Plaintiffs' contention that "[t]he Mobile Hawk infringes claims 1 and 30 of the '487 patent under the doctrine of equivalents because it performs substantially the same function, in substantially the same way, to achieve substantially the same result as the invention claimed in claims 1 and 30 of the '487 patent" is an incorrect statement of law and therefore provides no basis for finding infringement under the doctrine of equivalents. Plaintiffs have not alleged equivalents on an element-by-element basis as is required.

3.     No Willfulness

a)     Defendants have not and do not willfully infringe claim 1 or claim 30 of the '487 patent because Defendants do not infringe claim 1 or claim 30 of the '487 patent.

b)     Defendants' actions have not created any risk of infringement because, among other reasons, claims 1 and 30 of the '487 patent are invalid and because the '487 patent is unenforceable.

c)     Defendants have not acted despite an objectively high likelihood that their actions constituted infringement of a valid patent.

d)     Thus there was no risk that any objectively high likelihood of infringement was known or so obvious that it should have been known to the Defendants.

e)      Defendants have advanced objectively reasonable defenses to infringement in this case, including objectively reasonable non-infringement, invalidity, and unenforceability defenses.

f)      Defendants' non-infringement positions are susceptible to a reasonable conclusion that claims 1 and 30 of the '487 patent are not infringed.

g)      Defendants' invalidity positions are susceptible to a reasonable conclusion that claims 1 and 30 of the '487 patent are invalid.

h)      Defendants' unenforceability positions are susceptible to a reasonable conclusion that the '487 patent is unenforceable.

4.   Damages

a)      If it is determined that claims 1 or 30 are valid and infringed, and if it is also determined that the '487 patent is enforceable, then Cognex Technology & Investment LLC is entitled only to a reasonable royalty.

(1)      Many products compete with both the DataMan 8500 and the Mobile Hawk in the market for direct part mark readers.

(2)      Cognex Corp.'s DataMan 9500 is not a competitive product in any market that includes the DataMan 8500 and the Mobile Hawk because the DataMan 9500 is a mobile computer that sells for substantially more than either the DataMan 8500 and the Mobile Hawk.

(3)      The DataMan 7500, 8500 and 9500 do not embody claims 1 and 30 of the '487 patent.

(4)     Although Plaintiffs contend that "Cognex Corp. sold one or more of the DataMan 7500, 8500, and 9500 handheld readers in the United States continuously since January 25, 2011" that is irrelevant because the damages period in this case began on June 12, 2012.  Additionally, Cognex Technology & Investment LLC has not and does not make or sell any products.

(5)     Although Plaintiffs contend that "Cognex Corp. introduced its DataMan 8500 product to the market in August 2010" that is irrelevant because the damages period in this case began on June 12, 2012.  Additionally, Cognex Technology & Investment LLC has not and does not make or sell any products.

(6)     The date that Cognex Corp. introduced the DataMan 9500 is irrelevant because the DataMan 9500 is not a competitive product to the DataMan 8500 or the Mobile Hawk.  The DataMan 9500 is a mobile computer that sells for substantially more than either the DataMan 8500 or the Mobile Hawk.  Additionally, Cognex Technology & Investment LLC has not and does not make or sell any products.

(7)     The Mobile Hawk does not infringe claim 1 or 30 of the '487 patent.  To the extent that it is determined that claims 1 and 30 are infringed and valid and that the '487 patent is enforceable, the Mobile Hawk prism can be modified so that it does not infringe either claim 1 or claim 30 of the '487 patent.  This modification

20

has always been available to Defendants.  As to sales to foreign customers, the Mobile Hawk could always have been manufactured, shipped, and delivered to those customers without ever entering the United States.

(8)     The claims 1 and 30 of the '487 patent are not valid because the HawkEye 5x series of handheld readers were sold with a dark field light pipe that had a distal chamfered end with a diffusive surface texture that emitted both dark field illumination and diffuse bright field illumination.  The inventors of the '487 patent were aware of this more than a year before the application that issued as the '487 patent was filed.  The inventors withheld that information known to them from the USPTO to deceive the USPTO into issuing the '487 patent.

(9)     Cognex Corp. does not have the sales, marketing, and manufacturing capacity to meet demand for Microscan's accused product sales.

b)     Cognex Corp. is not entitled to a reasonable royalty because Cognex Corp. is not the owner of the '487 patent.  To the extent that it is determined that the '487 patent is owned by Cognex Technology & Investment LLC, a reasonable royalty damages is only appropriate if it is determined that claims 1 and 30 of the '487 patent are valid and infringed and that the '487 patent is enforceable.

(1)     Quantitative valuation approaches:

21

(a)     Market approach:

    (i)     The Market approach is not appropriate for determining reasonable royalty damages in this case.

(b)     Cost approach:

    (i)     To the extent that it is determined that claims 1 and 30 of the '487 patent are valid and infringed and that the '487 patent is enforceable, there is a design-around solution to modifying the Mobile Hawk prism.  This design-around solution has always been available to Defendants.  As to sales to foreign customers, the Mobile Hawk could always have been manufactured, shipped, and delivered to those customers without ever entering the United States.

(c)     Income approach:

    (i)     Claims 1 and 30 of the '487 patent are invalid because the HawkEye 5x series of handheld readers included a dark field light pipe that could be used for both dark field and bright field illumination and were sold more than a year before the application that issued as the '487 patent was filed. The inventors of the '487 patent knew this.

(ii)     The only components of the Mobile Hawk that are relevant to determining the starting point royalty rate are those components that relate to illumination through the Mobile Hawk prism because only claims 1 and 30 are at issue in this trial.

(iii)     The starting point royalty for any reasonable royalty calculation is based on the ratio of the cost of the component parts that fall within the scope of claims 1 and 30 of the '487 patent to the cost to make the Mobile Hawk.

(iv)     Mobile Hawk products sold to foreign customers could have always been manufactured, shipped, and delivered without ever entering the United States.  Such products are not subject to United States Patent Law.

(2)     *Georgia-Pacific* factors:

(a)     CTI LLC has not out-licensed the '487 patent.

(b)     Cognex Corp. and Defendants compete in the market for DPM readers.

(c)     There are other competitors in the market for DPM readers than Cognex Corp. and Microscan Systems, Inc. and The Code Corporation.

23

(d)     Mobile Hawk products sold to foreign customers
could have been manufactured, shipped, and delivered
without ever entering the United States.

(e)     Cognex Corp. was not the first manufacturer of
"high-end, hand held barcode readers."  Auto Image ID,
Inc., RVSI, and Siemens all sold "high-end hand held bar
code readers" before Cognex Corp.

(f)     The features of the DataMan 7500, 8500, and 9500
allegedly covered by claims 1 and 30 of the '487 patent are
not the only features marketed by Cognex Corporation and
thus those features do not drive demand for those products.

(g)     The HawkEye readers were sold more than a year
before the application that issued as the '487 patent was
filed and included a dark field light pipe that could be used
for both dark field and bright field illumination.  Thus, it is
not true that before the '487 patent, to the extent a mark
reader emitted both dark field and bright field illumination,
it would have needed two light pipes, one for dark field and
one for bright field.  Claims 1 and 30 of the '487 patent do
not improve diffuse illumination from a single light pipe.

c)     This is an exceptional case under 35 U.S.C. § 285 because of
Plaintiffs' litigation misconduct and Plaintiffs' knowingly asserting a
patent that was procured by inequitable conduct.

24

5. Prior Art HawkEye 5x Readers

a) Prior to October 24, 2004, AutoImage ID, Inc. ("AutoImage ID")
of Cherry Hill, New Jersey offered for sale and sold a handheld mark
reader that it identified as HawkEye 5x handheld readers.

b) Prior to October 24, 2004, Robotic Vision Systems, Inc. ("RVSI")
also offered for sale and sold HawkEye 5x handheld readers.

c) HawkEye 5x handheld readers that were on sale, sold, described in
a printed publication, known by others, and in public use prior to October
24, 2004 ("prior art HawkEye readers") were handheld direct part mark
readers.

d) Prior art HawkEye readers acquired a digital image of a direct part
mark, identified the mark in the digital image and decoded the mark.

e) Prior art HawkEye readers had LEDs that provided illumination
that was directed to illuminate a direct part mark.

f) LEDs of prior art HawkEye readers were adjacent to an end of a
clear plastic cylindrical light pipe that transmitted light through the clear
plastic from the illuminated end that was adjacent to the LEDs to an
illuminating end that transmitted light from the cylindrical light pipe to
illuminate a direct part mark.

g) The cylindrical light pipe of prior art HawkEye readers had an
outer cylindrical surface and an inner cylindrical surface.

h)      Prior art HawkEye readers acquired a digital image of a direct part mark through the region surrounded by the inner cylindrical surface of the cylindrical light pipe.

i)      AutoImage ID and RVSI referred to the clear plastic cylinder light pipe of prior art HawkEye readers by the trademark "LytePype."

j)      Light transmitted by the LytePype of prior art HawkEye readers from the illuminated end adjacent to LEDs to the light transmitting end was reflected by the inner and outer cylindrical surfaces of the LytePype along the LytePype toward the light transmitting end.

k)      Some LytePypes sold with and for prior art HawkEye readers had a surface at the transmitting end of the light pipe that angled inwardly from the outer surface to the inner surface of the LytePype at an angle of 30 degrees ("30 degree LytePype")

l)      Customers who purchased prior art HawkEye readers with a 30 degree LytePype that were offered for sale and sold by AutoImage ID and\or RVSI prior to October 24, 2005  used those readers prior to October 24, 2004.

m)      Cognex acquired and used a prior art HawkEye reader with a 30 degree LytePype prior to October 24, 2004.

n)      Some light transmitted along a 30 degree LytePype from the illuminated end adjacent to the LEDs was reflected by the angled surface of the 30 degree LytePype toward the region within the inner cylindrical surface of the LytePype at an angle less than 45 degrees to a surface that

26

was perpendicular to the cylindrical LytePype and adjacent to the light transmitting end of the LytePype.

o)      Some light transmitted along a 30 degree LytePype from the illuminated end adjacent to the LEDs was refracted at the angled surface of the 30 degree LytePype to pass through that surface to be transmitted at an angle greater than 45 degrees to a surface that was perpendicular to the cylindrical LytePype and adjacent to the light transmitting end.

p)      30 degree LytePypes were sold with diffusive surface texture on the angled surfaces.

q)      30 degree LytePypes were sold with polished angled surfaces.

r)      In July 2004, Cognex used a prior art HawkEye reader with a 30 degree LytePype to produce nice dark field lighting and very nice diffuse bright field illumination.

s)      In July 2003, Cognex considered the prior art HawkEye reader with a 30 degree LytePype having a diffusive surface texture to be a "model."

t)      In July 2004, Cognex considered the prior art HawkEye reader with a 30 degree LytePype having a diffusive surface texture to be a "standard."

u)      In July 2004, Cognex decided to build a light pipe that was "similar to" the 30 degree LytePype having a diffusive surface texture from the HawkEye 5x readers.

6.      Cognex's Prosecution of the '487 Patent

27

a)      William Equitz was named as an inventor by the '411 application and is named as an inventor by U.S. Patent No. 7,874,487.

b)      William Equitz had a duty to disclose information that was material to patentability of the claims of the '411 application during prosecution of that application.

c)      Laurens Nunnink was named as an inventor by the '411 application and is named as an inventor by U.S. Patent No. 7,874,487.

d)      Laurens Nunnink had a duty to disclose information that was material to patentability of the claims of the '411 application during prosecution of that application.

e)      Prior art HawkEye readers were handheld direct part mark readers.

f)      Some light transmitted along a 30 degree LytePype from the illuminated end adjacent to the LEDs was reflected by the angled surface of the 30 degree LytePype toward the region within the inner cylindrical surface of the LytePype at an angle less than 45 degrees to a surface that was perpendicular to the cylindrical LytePype and adjacent to the light transmitting end of the LytePype.

g)      Some light transmitted along a 30 degree LytePype from the illuminated end adjacent to the LEDs was refracted at the angled surface of the 30 degree LytePype to pass through that surface to be transmitted at an angle greater than 45 degrees to a surface that was perpendicular to the cylindrical LytePype and adjacent to the light transmitting end.

28

h)      William Equitz knew about the prior art HawkEye readers with the 30 degree LytePype not later than July 22, 2004.

i)      Laurens Nunnink knew about the prior art HawkEye readers with the 30 degree LytePype not later than July 23, 2004.

j)      Not later than July 22, 2004, William Equitz knew that prior art HawkEye readers with the 30 degree LytePype created nice dark field lighting and very nice diffuse bright field illumination.

k)      Not later than July 23, 2004, Laurens Nunnink knew that prior art HawkEye readers with the 30 degree LytePype created nice dark field lighting and very nice diffuse bright field illumination.

l)      In the August 25, 2009 Notice of Allowance for the '411 application, the patent examiner stated that "The prior art fails to show or fairly suggest an illumination assembly for a mark reader comprising a light pipe . . . wherein light transmitted through the light pipe is internally reflected along the pipe and onto a surface is internally reflected at the chamfered end through a wall of the light pipe facing the interior area as dark field illumination and is refracted onto the surface at the chamfered end as bright field illumination."

m)      William Equitz knew on and after August 25, 2009, that the prior art HawkEye readers with the 30 degree LytePype included a single light pipe that produced dark field illumination and bright field illumination, which the examiner stated was missing from the prior art.

n)      Laurens Nunnink knew on and after August 25, 2009, that the prior art HawkEye readers with the 30 degree LytePype included a single light pipe that produced dark field illumination and bright field illumination, which the examiner stated was missing from the prior art.

o)      In the November 6, 2009 Reasons for Allowance, during prosecution of the '487 patent, the patent examiner stated that "While Hahn (WO 99/49347), the nearest pertinent prior art that the examiner is aware of, teaches a number of aspects of the instant invention, Hahn lacks the diffusive lighting aspects of the instant invention, bright field aspects . . . . The prior art fails to teach or fairly suggest these limitations in the manner that they are claimed."

p)      William Equitz knew on and after November 6, 2009 that the prior art HawkEye readers with the 30 degree LytePype  included diffuse bright field illumination, which the examiner stated was missing from the prior art.

q)      Laurens Nunnink knew on and after November 6, 2009 that the prior art HawkEye readers with the 30 degree LytePype  included diffuse bright field illumination, which the examiner stated was missing from the prior art.

r)      Cognex Cognex's DataMan 7500 light pipe is the basis for the description of light pipes of the '487 Patent.

s)      Cognex relied on prior art HawkEye readers with the 30 degree LytePype to evaluate designs of the light pipe of Cognex's DataMan 7500.

t)      Cognex submitted a picture a LytePype for prior art HawkEye

readers to the U.S. Patent Office that was not the 30 degree LytePype.

u)      Cognex did not submit material information about the 30 degree

LytePype for prior art HawkEye readers to the U.S. Patent Office.

v)      William Equitz withheld the information he knew about prior art

HawkEye readers with the 30 degree LytePype, including the fact that the

30 degree LytePype was a single light pipe that produced both dark field

and diffused bright field illumination.

w)      Laurens Nunnink withheld the information he knew about prior art

HawkEye readers with the 30 degree LytePype, including the fact that the

30 degree LytePype was a single light pipe that produced both dark field

and diffused bright field illumination.

V.    Statement of Damages

A.    Cognex's Statement

1.    Cognex has been damaged by Defendants infringement of the '487 patent

and seeks an amount of damages equal to Cognex Corp.'s lost profits resulting

from Defendants' unlawful activities, plus interest and costs. As set forth in the

Supplemental Expert Report and Disclosure of James E. Pampinella dated August

6, 2013, Cognex Corp.'s lost profits due to Defendants infringing activity from

July 2012, when Defendants were put on actual notice of infringement, through

May 2013 is between $1,045,400 and $1,815,717, not including pre-judgment

interest and costs. Alternatively, Cognex Corp. is entitled to no less than a

reasonable royalty, plus interest and costs. As set forth in the Supplemental

31

Expert Report and Disclosure of James E. Pampinella dated August 6, 2013, a reasonable royalty is 14%. A reasonable royalty applied to Defendants' infringing sales between July 2012 and May 2013 results in reasonable royalty damages totaling $180,000, not including pre-judgment interest and costs. These numbers are being updated based upon recently provided supplemental financial information from Defendants.

2.    Plaintiffs also seek treble damages under 35 U.S.C. § 284 for Defendants' willful infringement.

3.    Plaintiffs also seek injunctive relief or an ongoing royalty to be determined by the Court.

4.    Plaintiffs also seek to recover their attorneys' fees and costs under 35 U.S.C. § 285 because this case is exceptional.

B.    Defendants' Statement

1.    Neither plaintiff is entitled to any damages in this case because claims 1 and 30 of the '487 patent are not infringed and are invalid. Additionally the '487 patent (and all patents that claim or may claim priority to the '487 patent) is unenforceable due to inequitable conduct.

2.    Plaintiffs are not entitled to any lost profits in this case because Cognex Corp. is not the exclusive licensee to the '487 patent and CTI LLC does not make or sell any products.

3.    The starting point royalty for any reasonable royalty calculation is based on the ratio of the cost of the component parts that fall within the scope of claims 1 and 30 of the '487 patent to the cost to make the Mobile Hawk.

4.      To the extent that it is determined that claim 1 or 30 is valid and infringed,

and that the '487 patent is enforceable, a reasonable royalty is the appropriate

form of damages, and CTI LLC is entitled to reasonable royalty damages of not

more than approximately $64,000.

5.      To the extent that it is determined that claim 1 or 30 is valid, enforceable,

and infringed and that lost profits are the appropriate form of damages, plaintiffs

are entitled to lost profit damages of not more than approximately $200,000.

6.      Treble damages are not appropriate in this case under 35 U.S.C § 284.

7.      Plaintiffs are not entitled to injunctive relief or an ongoing royalty.

8.      Plaintiffs are not entitled to attorneys' fees and costs under 35 U.S.C.

§ 285.

9.      Defendants are entitled to attorneys' fees and costs under 35 U.S.C. § 285

because this case is exceptional owing to Plaintiff's litigation misconduct and

because Plaintiffs knowingly asserted a patent that was procured through

inequitable conduct.

VI.   Witness List

A.      Plaintiffs' Witnesses

1.      Carl Gerst

2.      William Equitz

3.      Thomas Driscoll (through designated deposition testimony unless called

live)

4.      Jana Buck (through designated deposition testimony unless called live)

5.      Bruce Scharf (through designated deposition testimony unless called live)

33

      6.      Mark Millburn (through designated deposition testimony unless called live)

      7.      Dean Wagner (through designated deposition testimony unless called live)

      8.      Jay Eastman

      9.      James Pamipinella

B.      Defendants' Witnesses

      1.      Mark Millburn

      2.      Tracy Calabresi (through designated deposition testimony unless called live)

      3.      Carl Gerst (through designated deposition testimony unless called live)

      4.      William Equitz (through designated deposition testimony unless called live)

      5.      Thomas Driscoll

      6.      David Bubnoski

      7.      Richard Bero

VII.    Exhibit List

A.      Attached hereto as Exhibit A is Plaintiffs' exhibit list with Defendants' objections.

B.      Attached hereto as Exhibit B is Defendants' exhibit List with Plaintiffs' objections.

VIII.   Estimate of the Length of Trial

A.      The parties estimate that the trial of this matter will take five days.

DATED:  April 14, 2014

Respectfully Submitted,

COGNEX CORPORATION and COGNEX
TECHNOLOGY AND INVESTMENT LLC

Christopher M. Scott (CS5219)
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Tel: (212) 513-3200
Fax: (212) 385-9010
christopher.m.scott@hklaw.com

Jacob K. Baron (*NY Lic. No. 4039905*)
Joshua C. Krumholz (*admitted pro hac vice*)
Zachary A. Weinman (*admitted pro hac vice*)
HOLLAND & KNIGHT LLP
10 St. James Ave., 11th Floor
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850
jacob.baron@hklaw.com
joshua.krumholz@hklaw.com
zachary.weinman@hklaw.com

*Attorneys for Plaintiffs Cognex Corporation
and Cognex Technology and Investment LLC*

MICROSCAN SYSTEMS, INC. and
THE CODE CORPORATION

Colin J. Garry
cgarry@sidley.com
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Steven J. Hampton
(*admitted pro hac vice*)
shampton@mcandrews-ip.com
Eligio C. Pimentel
(*admitted pro hac vice*)
epimentel@mcandrews-ip.com
Stephen M. Wurth
(admitted pro hac vice)
swurth@mcandrews-ip.com
McAndrews, Held & Malloy, LTD
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
(312) 775-8000

*Attorneys for Defendants Microscan
Systems, Inc. and the Code Corporation*

## SO ORDERED:

U.S.D.J.
4-21-14

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2014, a true and correct copy of the foregoing Proposed Pretrial Consent Order was served by ECF on all counsel or parties of record on the service list below.

Christopher M. Scott

Colin J. Garry
cgarry@sidley.com
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Steven J. Hampton
(*admitted pro hac vice*)
shampton@mcandrews-ip.com
Eligio C. Pimentel
(*admitted pro hac vice*)
epimentel@mcandrews-ip.com
Stephen M. Wurth
(admitted pro hac vice)
swurth@mcandrews-ip.com
McAndrews, Held & Malloy, LTD
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
(312) 775-8000

*Attorneys for Defendants Microscan
Systems, Inc. and the Code Corporation*

EXHIBIT A

PLAINTIFFS' EXHIBIT LIST WITH DEFENDANTS' OBJECTIONS

* Plaintiffs' reserve the right to rely on any of the exhibits listed on Defendants' exhibit list

| PI Ex. No. | Deposition or Declaration Exhibit No. | Bates Range | Title/Description | Admit | Objection | Judge's Ruling |
|---|---|---|---|---|---|---|
| 1 | | N/A | USPTO Certified Copy of U.S. Patent No. 7,874,487 | | | |
| 2 | | N/A | USPTO Presentation Patent (Ribbon Copy) of U.S. Patent No. 7,874,487 | | | |
| 3 | Equitz Depo Ex. 2 | COG0000031-COG0001783 | File History for U.S. Patent No. 7,874,487 (11/257,411) (5/30/2013) | | | |
| 4 | | N/A | Product sample of the Cognex Dataman DataMan 7500 Handheld Barcode Reader | | 403 | |
| 5 | Eastman Expert and Rebuttal Reports | N/A | Product sample of the Cognex Dataman DataMan 8500 Handheld Barcode Reader, including its light pipe | | 403 | |
| 6 | | N/A | Product sample of the Cognex Dataman DataMan 9500 Handheld Barcode Reader | | 403 | |
| 7 | | N/A | Product Sample of HawkEye | | | |
| 8 | | N/A | Product Sample of HawkEye Light Pipe | | | |
| 9 | Eastman Expert and Rebuttal Reports | N/A | Product sample of the Microscan Mobile Hawk DPM Handheld Imager, USB, FIS-6170-0001G, serial number 10189329, Rev. D, including its light pipe | | 901 | |
| 10 | Morin Depo Ex. 80 | COG0018394-COG0018414 | Technology Transfer and License Agreement between CTIC and Cognex Corp. (7/1/1994) | | 901 | |
| 11 | Morin Depo Ex. 81 | COG0018955-COG0018955 | Notice of Termination of License between CTIC and Cognex Corp. (1/1/97) | | 901 | |
| 12 | Morin Depo Ex. 82 | COG0018437-COG0018437 | LLC Articles of Organization - Conversion | | | |
| 13 | Morin Depo Ex. 83 | COG0018434-COG0018436 | Assignment of Patent Application | | | |
| 14 | Morin Depo Ex. 84 | COG0018430-COG0018433 | USPTO Confirmation of Receipt of Assignment | | | |
| 15 | Morin Depo Ex. 86 | COG0030355-COG0030355 | USPTO Recordation of Assignment | | | |
| 16 | Morin Depo Ex. 87 | COG0030374-COG0030376 | USPTO Confirmation of Receipt of Patent Assignment | | | |
| 17 | Morin Depo Ex. 88 | COG0030380-COG0030380 | USPTO Notice of Recordation of Assignment Document | | | |
| 18 | Morin Depo Exs. 89 and 90 | COG0018416-COG0018428 | Written Revisions to Assignment | | 901 | |
| 19 | | COG0030797-COG0030799 | Assignment  (12/19/2005) | | | |
| 20 | Wagner Depo Ex. 8 | COD0000001-COD0000001 | Patent No./Cost Basis spreadsheet | | 402 | |

| Pl Ex. No. | Deposition or Declaration Exhibit No. | Bates Range | Title/Description | Admit | Objection | Judge's Ruling |
|---|---|---|---|---|---|---|
| 21 | Wagner Depo Ex. 12; Pampinella Expert Reports | COD0000002-COD0000002 | The Code Corporation parent/subsidiary chart | | 402 | |
| 22 | Wagner Depo Ex. 7; Pampinella Expert Reports | COD0000003-COD0000003 | Microscan DMP Engineering Expenses by Month, 2007 | | | |
| 23 | Buck Depo Ex. 11; Wagner Depo Ex. 4; Pampinella Expert Reports | COD0000031-COD0000033 | Spreadsheet showing sales to Microscan of CR1250G and CR1251G | | | |
| 24 | Buck Depo Ex. 15; Hoobler Depo Ex. 11; Eastman Expert and Rebuttal Reports | COD0000050-COD0000051 | Code Engineer Drawing - Light Pipe Illumination (9/25/2009) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 25 | Buck Depo Ex. 18; Hoobler Depo Ex. 15; Eastman Expert Reports | COD0000052-COD0000053 | Code Engineer Drawing - Illumination Dome (9/22/2009) | | 402 | |
| 26 | Eastman Expert and Rebuttal Reports | COD0000054-COD0000055 | Code Engineer Drawing - Illumination Dome (9/22/2009) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 27 | Buck Depo Ex. 23; Hoobler Ex. 21; Eastman Expert and Rebuttal Reports | COD0000056-COD0000057 | Code Engineer Drawing - Assembly, Illumination (9/22/2009) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 28 | Buck Depo Ex. 24; Hoobler Depo Ex. 23; Eastman Expert and Rebuttal Reports | COD0000058-COD0000059 | Code Engineer Drawing - Assembly, Illumination (9/24/2009) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |

| Pl Ex. No. | Deposition or Declaration Exhibit No. | Bates Range | Title/Description | Admit | Objection | Judge's Ruling |
|---|---|---|---|---|---|---|
| 29 | Buck Depo Ex. 25; Hoobler Depo Ex. 24; Eastman Expert and Rebuttal Reports | COD0000060-COD0000061 | Code Engineer Drawing - Assembly, Illumination (1/21/2010) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 30 | Buck Depo Ex. 26; Hoobler Depo Ex. 22; Eastman Expert and Rebuttal Reports | COD0000062-COD0000063 | Code Engineer Drawing - Assembly, Illumination (3/21/2011) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 31 | Eastman Expert and Rebuttal Reports | COD0000064-COD0000065 | Code Engineer Drawing - Assembly, Illumination (5/20/2011) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 32 | | | Exhibit withdrawn | | | |
| 33 | | | Exhibit withdrawn | | | |
| 34 | | | Exhibit withdrawn | | | |
| 35 | Buck Depo Ex. 30; Eastman Expert and Rebuttal Reports | COD0000069-COD0000069 | Code Engineer Drawing - Window (5/20/2011) | | 402 | |
| 36 | Buck Depo Ex. 32; Hoobler Depo Ex. 26; Eastman Expert and Rebuttal Reports | | Exhibit withdrawn | | | |
| 37 | Buck Depo Ex. 21; Hoobler Depo Ex. 20; Eastman Expert and Rebuttal Reports | | Exhibit withdrawn | | | |
| 38 | Buck Depo Ex. 22; Eastman Expert and Rebuttal Reports | | Exhibit withdrawn | | | |
| 39 | Buck Depo Ex. 31; Eastman Expert and Rebuttal Reports | | Exhibit withdrawn | | | |
| 40 | Buck Depo Ex. 33; Eastman Expert and Rebuttal Reports | | Exhibit withdrawn | | | |

| Pl Ex. No. | Deposition or Declaration Exhibit No. | Bates Range | Title/Description | Admit | Objection | Judge's Ruling |
|---|---|---|---|---|---|---|
| 41 | Eastman Expert and Rebuttal Reports | | Exhibit withdrawn | | | |
| 42 | Eastman Expert and Rebuttal Reports | | Exhibit withdrawn | | | |
| 43 | Buck Depo Ex. 16; Hoobler Depo Ex. 17; Eastman Expert and Rebuttal Reports | COD0000078-COD0000078 | Code Engineer Drawing - Light Pipe w/ Mask Illumination (3/21/2011) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 44 | Buck Depo Ex. 17; Hoobler Depo Ex. 16; Eastman Expert and Rebuttal Reports | COD0000079-COD0000079 | Code Engineer Drawing - Mask, CR1250, Light Pipe (10/16/2009) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 45 | | | Exhibit witdrawn | | | |
| 46 | | | Exhibit witdrawn | | | |
| 47 | | | Exhibit witdrawn | | | |
| 48 | | | Exhibit witdrawn | | | |
| 49 | | | Exhibit witdrawn | | | |
| 50 | Pampinella Expert Reports | COD0000114-COD0000153 | License and Settlement agreement between Code Corp. and Hand Held Products (12/15/2011) | | 402,403 | |
| 51 | Eastman Expert and Rebuttal Reports | COD0000532-COD0000537 | First article inspection report for "Light Pipe, Illumination, CR125x" (2/14/2012) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 52 | Eastman Expert Reports | COD0000558-COD0000558 | Bill of materials for the Mobile Hawk's Illumination Assembly, including a "Light Pipe with Mask, Illumination", in native format | | 402, 403, 802, Defendants' MIL No. 1 | |
| 53 | Eastman Expert and Rebuttal Reports | COD0000778-COD0000794 (at 782) | Product development document referring to "Light Pipe" | | To the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 54 | Buck Depo Ex. 39; Eastman Expert and Rebuttal Reports | COD0000795-COD0000795 | Amendment to Sourcing Agreement (1/2/2013) | | | |

| PI Ex. No. | Deposition or Declaration Exhibit No. | Bates Range | Title/Description | Admit | Objection | Judge's Ruling |
|---|---|---|---|---|---|---|
| 55 | Buck Depo Ex. 3; Hoobler Depo Ex. 8; Eastman Expert and Rebuttal Reports | COD0000796-COD0000818 | Development Agreement between Microscan and the Code Corporation | | | |
| 56 | Buck Depo Ex. 38; Eastman Expert and Rebuttal Reports | COD0000819-COD0000833 | Sourcing Agreement (2/1/2011) | | 402, 403 | |
| 57 | Driscoll Depo Ex. 3 | N/A | Letter to John O'Higgins from Robert Shillman regarding Microscan products (6/12/2012) | | | |
| 58 | Equitz Vol. I Depo Ex. 4 | COG0004868-COG0004869 | Email from Will Equitz to Mike Ehrhart regarding Cognes/HHP meeting notes, Jan 21, 2004 (1/24/04) | | | |
| 59 | Equitz Vol. I Depo Ex. 5 | COG0002975-COG0002975 | HHP-Cognex DataMan Action List spreadsheet (7/20/04), in native format | | | |
| 60 | Equitz Vol. I Depo Ex. 6 | COG0004481-COG0004481 | HawkEye 51 Lightpipe drawing | | | |
| 61 | Equitz Vol. I Depo Ex. 8 | COG0005431-COG0005448 | DataMan 7000 (DM7000) Engineering Requirements Document | | | |
| 62 | Equitz Vol. I Depo Ex. 9 | COG0007430-COG0007439 | DM7S00 New Diffuser (Patent Pending) presentation by Will Equitz (1/18/05) | | | |
| 63 | Equitz Vol. I Depo Ex. 10 | COG0003547-COG0003550 | Email from Laurens Nunnink to Will Equitz attaching pictures of DM700 switchable diffuser design (2/8/05) | | | |
| 64 | Equitz Vol. I Depo Ex. 11 | COG0007285-COG0007286 | Cognex Engineer Drawing - Light Pipe, 55 DM75X0 (1/31/06) | | | |
| 65 | | | Exhibit withdrawn | | | |
| 66 | Equitz Vol. I Depo Ex. 13 | COG0005120-COG0005120 | Cognex Engineer Drawing - Light Pipe Diffuser Assembly, Inspection DWG for HHP DM75X0 (4/21/06) | | | |
| 67 | Equitz Vol. I Depo Ex. 14 | COG0014536-COG0014538 | Email from Will Equitz to Carl Gerst, Jamie Pearce, Richard Reuter and Jack Doran regarding Falcon Status Update, Dec. 11, 2008 (12/11/08) | | | |
| 68 | Equitz Vol. II Depo Ex. 74 | COG0031598-COG0031911 | W. Equitz Inventor Notebook (Sept. 2002 - June 2003) | | | |
| 69 | Equitz Vol. II Depo Ex. 75 | COG0031912-COG0032220 | W. Equitz Inventor Notebook (July 2003 - Feb. 2004) | | | |
| 70 | Equitz Vol. II Depo Ex. 76 | COG0032221-COG0032528 | W. Equitz Inventor Notebook (Feb. 2004 - Sept. 2004) | | | |
| 71 | Morin Depo Ex. 91; Equitz Vol. II Depo Ex. 77 | COG0018438-COG0018472 | HHP/Cognex Direct Part Marking Product Development and Marketing Alliance Agreement (4/14/04) | | | |
| 72 | Equitz Vol. II Depo Ex. 78 | COG0032529-COG0032838 | W. Equitz Inventor Notebook (Sept. 2004 - Apr. 2005) | | | |
| 73 | Equitz Vol. II Depo Ex. 79 | COG0032839-COG0033135 | W. Equitz Inventor Notebook (Apr. 2005 - Oct. 2005) | | | |
| 74 | Gerst Depo Ex. 61 | COG0020278-COG0020278 | DataMan Price Review spreadsheet, in native format | | | |

| PI Ex. No. | Deposition or Declaration Exhibit No. | Bates Range | Title/Description | Admit | Objection | Judge's Ruling |
|---|---|---|---|---|---|---|
| 75 | Gerst Depo Ex. 62 | COG0020091-COG0020112 | Cognex ID Products presentation | | | |
| 76 | Eastman Expert Reports; Gerst Depo Ex. 63 | COG0018980-COG0018985 | DataMan 7500 Series Handheld ID Readers brochure | | | |
| 77 | Gerst Depo Ex. 64 | COG0018362-COG0018380 | Cognex ID Products - Q1 Update (Feb. 2008) | | | |
| 78 | Gerst Depo Ex. 65 | COG0019424-COG0019437 | Cognex ID Products - Product Road Map, Q1'08 - Q1'10 | | | |
| 79 | Gerst Depo Ex. 66 | COG0003524-COG0003532 | Cognex ID Products - Dataman 8000 Series Marketing Justification | | | |
| 80 | Gerst Depo Ex. 67 | COG0018337-COG0018337 | Product spreadsheet, in native format | | | |
| 81 | Gerst Depo Ex. 68 | COG0018854-COG0018907 | Cognex ID Products - Product Plan, Carl Gerst - v2 (Feb. 2009) | | | |
| 82 | Gerst Depo Ex. 69 | COG0020233-COG0020249 | Cognex ID Products - Market Overview & Road Map (Feb. 2009) | | | |
| 83 | Eastman Expert and Rebuttal Reports; Gerst Depo Ex. 71 | COG0018318-COG0018318 | DataMan launch planning spreadsheet, in native format | | | |
| 84 | Pampinella Expert Reports | COG0002526-COG0002531 | DataMan 7500 Series Handheld ID Readers Product Brochure | | | |
| 85 | Eastman Expert and Rebuttal Reports | COG0010635-COG0010636 | Mobile Hawk Specification Sheet | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MiL No. 1 | |
| 86 | | | Exhibit withdrawn | | | |
| 87 | | | Exhibit withdrawn | | | |
| 88 | Eastman Expert and Rebuttal Reports | COG0014990-COG0015118 | Exhibit K - Cognex v. Microscan; Mobile Hawk Handheld DPM Imager User's Manual (2011) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MiL No. 1 | |
| 89 | Eastman Expert and Rebuttal Reports | COG0015119-COG0015394 | HawkEye 1500 Series Reference & Programmers Manual, Rev 2.4.1 (Nov 2008) | | 402 | |
| 90 | Eastman Expert and Rebuttal Reports | COG0015395-COG0015523 | Exhibit 1 - Mobile Hawk Handheld DPM User's Manual P/N 84-100021 Rev A (2011) | | | |

| Pl Ex. No. | Deposition or Declaration Exhibit No. | Bates Range | Title/Description | Admit | Objection | Judge's Ruling |
|---|---|---|---|---|---|---|
| 91 | Eastman Expert and Rebuttal Reports | COG0015894-COG0016021 | Mobile Hawk Handheld DPM User's Manual P/N 83-100021 Rev B (2011) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 92 | Pampinella Expert Reports | COG0018497-COG0018528 | Cognex Presentation - Introduction to DPM: Implementing a Part Traceability Program | | 402, 802 | |
| 93 | Eastman Expert and Rebuttal Reports | COG0017797-COG0017910 | Mobile Hawk Handheld DPM User's Manual P/N 83-100021 Rev A (2009) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 94 | Eastman Expert and Rebuttal Reports; Pampinella Expert Reports | COG0018529-COG0018530 | DataMan 9500 Datasheet noting use of Cognex UltraLight integrated illumination | | | |
| 95 | Eastman Expert and Rebuttal Reports | COG0018531-COG0018538 | DataMan 7500 Series Handheld ID Readers | | | |
| 96 | Eastman Expert and Rebuttal Reports; Pampinella Suppl. Expert | COG0018539-COG0018582 | 2008 Cognex ID Products - Part Traceability and Direct Part Marketing Seminar | | 402, 802 | |
| 97 | Eastman Expert and Rebuttal Reports; Pampinella Expert Reports; Gerst Depo Ex. 70 | COG0018583-COG0018599 | DataMan® 8000 Series Quick Reference Guide | | | |
| 98 | Eastman Expert and Rebuttal Reports; Pampinella Expert Reports | COG0018600-COG0018607 | Dataman 7500 Series Product Guide (2007) | | | |
| 99 | Eastman Expert and Rebuttal Reports; Pampinella Expert Reports; Equitz Depo Ex. 7 | COG0018608-COG0018640 | DataMan 7500 Series Hand Held DPM Readers | | | |
| 100 | Eastman Expert and Rebuttal Reports; Pampinella Expert Reports | COG0018649-COG0018664 | Cognex Handheld barcode readers and Fixed-mount barcode readers brochure (2013) | | 402, 802 | |
| 101 | Eastman Expert and Rebuttal Reports | COG0018665-COG0018696 | DataMan 8000 Series Quick Reference Guide | | | |

| Pl Ex. No. | Deposition or Declaration Exhibit No. | Bates Range | Title/Description | Admit | Objection | Judge's Ruling |
|---|---|---|---|---|---|---|
| 102 | Pampinella Expert Reports | COG0018697-COG0018697 | DataMan 7500 Actuals Reporting (2007), in native format | | | |
| 103 | Pampinella Expert Reports | COG0018698-COG0018698 | Spreadsheets showing DataMan Revenue Information (2008-2012), in native format | | | |
| 104 | Pampinella Expert Reports | COG0018699-COG0018699 | Spreadsheets showing DataMan Revenue Information (2011), in native format | | | |
| 105 | Pampinella Expert Reports | COG0018700-COG0018722 | Peoplesoft Manufacturing Indented Costed Bill of Materials (7/15/2013) | | | |
| 106 | Pampinella Expert Reports | COG0018723-COG0018723 | Spreadsheets showing DataMan Budgets (2008-2012), in native format | | | |
| 107 | Pampinella Expert Reports | COG0018724-COG0018724 | ID Products Annual P&L's (2007-2012), in native format | | | |
| 108 | Pampinella Expert Reports | COG0018725-COG0018725 | DataMan Revenue Information, in native format | | | |
| 109 | Pampinella Expert Reports | COG0018726-COG0018726 | DataMan Pricing Information, in native format | | | |
| 110 | Pampinella Expert Reports | COG0018727-COG0018727 | ID Products Annual P&L's (2007-2013), in native format | | | |
| 111 | Pampinella Expert Reports | COG0018728-COG0018728 | DataMan Revenue and Customer Information (1st Quarter, 2013), in native format | | | |
| 112 | Eastman Expert and Rebuttal Reports; Pampinella Expert Reports | COG0018743-COG0018846 | ID Products; 2012 -3 Year Product Plan, Version 1.0 (7/31/2012) | | | |
| 113 | Pampinella Expert Reports | COG0018847-COG0018847 | Revenue Chart, in native format | | | |
| 114 | Pampinella Expert Reports | COG0018848-COG0018848 | Revenue Chart, in native format | | | |
| 115 | Pampinella Expert Reports | COG0018849-COG0018849 | Cognex, Competitors % Share Spreadsheet, in native format | | 901, 802, 402 | |
| 116 | Pampinella Expert Reports | COG0018850-COG0018850 | Cognex, Competitors % YoY Chg Spreadsheet, in native format | | 901, 802, 402 | |
| 117 | Pampinella Expert Reports | COG0018851-COG0018851 | Cognex, Competitors Revenue Spreadsheet, in native format | | 901, 802, 402 | |
| 118 | Pampinella Expert Reports | COG0018852-COG0018852 | Cognex, Competitors % YoY Chg Spreadsheet, in native format | | 901, 802, 402 | |
| 119 | Pampinella Expert Reports | COG0018854-COG0018907 | ID Products - Product Plan by Carl Gerst, v2 (February 2009) | | 901, 802 | |
| 120 | Eastman Expert and Rebuttal Reports; Pampinella Expert Reports | COG0018909-COG0018951 | ID Products - Q' 2011 Sales Update by Carl Gerst (1st Quarter, 2011) | | | |
| 121 | Pampinella Expert Reports | COG0018956-COG0018967 | Confidential Settlement Agreement between Microscan and Cognex (08-cv-833-RSM-USDC-WDWA) (signed by Roger Stephens 11/1/2010) | | 402, 403, 408 | |

| Pl Ex. No. | Deposition or Declaration Exhibit No. | Bates Range | Title/Description | Admit | Objection | Judge's Ruling |
|---|---|---|---|---|---|---|
| 122 | Pampinella Expert Reports | COG0018968-COG0018972 | Confidential Patent License Agreement between Microscan and Cognex Corp. (signed by Roger Stephens 11/1/2010) | | 402, 403, 408 | |
| 123 | Pampinella Expert Reports | COG0018973-COG0018973 | DataMan Revenue Spreadsheets (2008-2012), in native format | | | |
| 124 | Pampinella Expert Reports | COG0018974-COG0018974 | Actuals and Product Cost Spreadsheets (2007-2013), in native format | | | |
| 125 | Pampinella Expert Reports | COG0018986-COG0018986 | Cognex Materials Cost Information, in native format | | | |
| 126 | Pampinella Expert Reports | COG0033445-COG0033453 | PeopleSoft Manufacturing Indented Costed Bill of Materials (7/30/2011) | | | |
| 127 | Milburn Depo Ex. 16; Pampinella Expert Reports | MIC0001794-MIC0001794 | Project Development Costs spreadsheet | | | |
| 128 | Milburn Depo Ex. 7 | MIC0001795-MIC0001824 | Mobile Hawk Shipping Information/Transactions Spreadsheet | | | |
| 128A | Pampinella Expert Reports | MIC0001795-MIC0001795 | Mobile Hawk Shipping Information/Transactions Spreadsheet, in native format, produced on a CD | | | |
| 129 | Milburn Depo Ex. 9 | MIC0001825-MIC0001827 | Mobile Hawk Shipment Information Spreadsheet | | 402 as to pre-June 12, 2012 sales | |
| 129A | Pampinella Expert Reports | MIC0001825-MIC0001825 | Mobile Hawk Shipment Information Spreadsheet, in native format, produced on a CD | | 402 as to pre-June 12, 2012 sales | |
| 130 | Hoobler Depo Ex. 27; Scharf Depo Ex. 14; Eastman Expert and Rebuttal Reports | MIC0001828-MIC0001941 | Microscan Mobile Hawk Handheld DPM Imager User's Manual (2009) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 131 | Eastman Expert and Rebuttal Reports | MIC0001942-MIC0001943 | Mobile Hawk Quick Start Guide (2009) | | | |
| 132 | O'Brien Depo Ex. 10; Scharf Depo Ex. 19; Bubnoski Depo Ex. 9; Eastman Expert and Rebuttal Reports | MIC0001944-MIC0001945 | Mobile Hawk Product Information and Specification Sheet (2009) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 133 | Pampinella Supp Expert Report; Eastman Expert and Rebuttal Reports | MIC0001946-MIC0001950 | Handscanner Comparison Matrix (9/12/20011) | | | |

| Pl Ex. No. | Deposition or Declaration Exhibit No. | Bates Range | Title/Description | Admit | Objection | Judge's Ruling |
|---|---|---|---|---|---|---|
| 134 | Milburn Depo Ex. 10; Pampinella Expert Reports | MIC0001951-MIC0001954 | 2010-2011 Handheld Sales Spreadsheet | | 402 as to pre-June 12, 2012 sales | |
| 135 | Milburn Depo Ex. 4 | MIC0003741-MIC0003753 | Mobile Hawk 2009 Sales Spreadsheet | | 402 as to pre-June 12, 2012 sales | |
| 135A | Pampinella Expert Reports | MIC0003741-MIC0003741 | Mobile Hawk 2009 Sales Spreadsheet, in native format, produced on a CD | | 402 as to pre-June 12, 2012 sales | |
| 136 | Milburn Depo Ex. 27; Scharf Depo Ex. 24; O'Brien Depo Ex. 8; Eastman Expert and Rebuttal Reports; Pampinella Expert Reports | MIC0003754-MIC0003755 | Microscan Mobile Hawk Handheld Product Brief (9/1/2009) | | 402 | |
| 137 | Milburn Depo Ex. 8; Pampinella Expert Reports | MIC0003764-MIC0003775 | Mobile Hawk Order Shipping spreadsheets (2010) | | 402 as to pre-June 12, 2012 sales | |
| 138 | Milburn Depo Ex. 14; Eastman Expert and Rebuttal Reports | MIC0003781-MIC0003782 | Comparative Performance and Cost Spreadsheet with other products | | 402 | |
| 139 | Milburn Depo Ex. 12; Eastman Expert and Rebuttal Reports | MIC0003783-MIC0003784 | Microscan Product Management MS-Q Competitive Update (3/28/2008) | | 402 | |
| 140 | Milburn Depo Ex. 17 | MIC0003785-MIC0003788 | Mobile Hawk Sales Forecast and Cost Information for Years 1 through 5 | | | |
| 140A | Pampinella Expert Reports | MIC0003785-MIC0003785 | Mobile Hawk Sales Forecast and Cost Information, in native format, produced on a CD | | | |
| 141 | Pampinella Expert Reports | MIC0003792-MIC0003793 | PR Web article "Microscan Wins Multiple Prestigious Awards by AutoID-China for "Top 100 Enterprises of Automatic Identification" (1/27/2011) | | | |
| 142 | Scharf Depo Ex. 26; Eastman Expert Reports | MIC0003944-MIC0004071 | Microscan Mobile Hawk Handheld DPM Imager User's Manual P/N 83-100021 Rev B (2011) | | | |
| 143 | Milburn Depo Ex. 5; Eastman Expert and Rebuttal Reports | MIC0004514-MIC0004516 | Mobile Hawk QLP (Quarterly Launch Plan) Launch Date: Q309 (9/15/09) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |

| Pl Ex. No. | Deposition or Declaration Exhibit No. | Bates Range | Title/Description | Admit | Objection | Judge's Ruling |
|---|---|---|---|---|---|---|
| 144 | Milburn Depo Ex. 11; Driscoll Depo Ex. 2; Scharf Depo Ex. 10; Eastman Expert and Rebuttal Reports; Pampinella Expert Reports | MIC0005119-MIC0005131 | Microscan Document Change Record - Mobile Hawk Product Development Document | | | |
| 145 | Driscoll Depo Ex. 5; Scharf Depo Ex. 17; Bubnoski Depo Ex. 8; Eastman Depo Ex. 120; Eastman Expert and Rebuttal Reports | MIC0005384-MIC0005385 | Code Engineer Drawing - Light Pipe, Illumination | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 146 | | | Exhibit withdrawn | | | |
| 147 | Milburn Depo Ex. 18; Pampinella Expert Reports | MIC0005391-MIC0005396 | Mobile Hawk Estimated Sales Information for 2009-2013 | | | |
| 148 | Milburn Depo Ex. 20 | MIC0005397-MIC0005405 | Mobile Hawk Project Cost Information | | | |
| 148A | Pampinella Expert Reports | MIC0005397-MIC0005397 | Mobile Hawk Project Cost Information in Native format, produced on CD | | | |
| 149 | | MIC0005406-MIC0005415 | Cost Summary spreadsheet | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 149A | Pampinella Expert Reports | MIC0005406-MIC0005406 | Cost Summary spreadsheet, in native format, produced on a CD | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 150 | | MIC0005416-MIC0005425 | Cost Summary spreadsheet | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |

| Pl Ex. No. | Deposition or Declaration Exhibit No. | Bates Range | Title/Description | Admit | Objection | Judge's Ruling |
|---|---|---|---|---|---|---|
| 150A | Pampinella Expert Reports | MIC0005416-MIC0005416 | Cost Summary spreadsheet, in native format, produced on a CD | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 151 | Eastman Expert and Rebuttal Reports | MIC0005434-MIC0005436 | Mobile Hawk Update (9/15/2009) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 152 | | MIC0005437-MIC0005442 | MS-QDPM sales information, 2009-2013 | | 402 as to pre-June 12, 2012 sales | |
| 152A | Pampinella Expert Reports | MIC0005437-MIC0005437 | MS-QDPM sales information, 2009-2013, in native format, produced on a CD | | 402 as to pre-June 12, 2012 sales | |
| 153 | | MIC0005443-MIC0005451 | Cost Summary spreadsheet | | | |
| 153A | Pampinella Expert Reports | MIC0005443-MIC0005443 | Cost Summary spreadsheet, in native format, produced on a CD | | | |
| 154 | | MIC0005452-MIC0005455 | MS-Q DPM sales information, years 1 through 5 | | | |
| 154A | Pampinella Expert Reports | MIC0005452-MIC0005452 | MS-Q DPM sales information, years 1 through 5, in native format, produced on a CD | | | |
| 155 | | MIC0005456-MIC0005458 | MSQB information spreadsheet | | 402 | |
| 155A | Pampinella Expert Reports | MIC0005456-MIC0005456 | MSQB information spreadsheet, in native format, produced on a CD | | 402 | |
| 156 | | MIC0005459-MIC0005478 | Parts manufacturing information spreadsheet | | | |
| 156A | Pampinella Expert Reports | MIC0005459-MIC0005459 | Parts manufacturing information spreadsheet, in native format, produced on a CD | | | |
| 157 | Pampinella Expert Reports | MIC0005479-MIC0005545 | VDC Research report - Strategic Insights 2012: Barcode Solutions Market, Volume 1 Handheld Scanners, Barcode Vendor Analysis (2011) | | | |
| 158 | O'Brien Depo Ex. 11; Scharf Depo Ex. 20; Eastman Expert and Rebuttal Reports | MIC0006050-MIC0006051 | Mobile Hawk Product Information and Specification Document (2009) | | | |
| 159 | O'Brien Depo Ex. 5; Pampinella Expert Reports | MIC0006052-MIC0006053 | Press Release - Microscan's New Mobile Hawk DPM Imager Easily Reads Any Mark (Sept, 2009) | | | |

| Pl Ex. No. | Deposition or Declaration Exhibit No. | Bates Range | Title/Description | Admit | Objection | Judge's Ruling |
|---|---|---|---|---|---|---|
| 160 | | MIC0006054-MIC0006059 | MS-Q DPM Sales spreadsheet, 2009-2013 | | 402 as to pre-June 12, 2012 sales | |
| 160A | Pampinella Expert Reports | MIC0006054-MIC0006054 | MS-Q DPM Sales spreadsheet, 2009-2013, in native format, produced on a CD | | 402 as to pre-June 12, 2012 sales | |
| 161 | Pampinella Expert Reports | MIC0006079-MIC0006120 | VDC Research Report - 2008 AIDC Global Industry Business Planning Service: Distribution Channel Analysis (Nov. 2008) | | | |
| 162 | Pampinella Expert Reports | MIC0006137-MIC0006180 | VDC Research Report - AIDC Global Industry Business Planning Service: 2008 Market Intelligence Service Vol. 5: Direct Part Marking, Demand Side Analysis (November 2008) | | | |
| 163 | | MIC0006181-MIC0006233 | Direct Part Marking Equipment shipment forecast/information spreadsheet, 2008-2012 | | | |
| 163A | Pampinella Expert Reports | MIC0006181-MIC0006181 | Direct Part Marking Equipment shipment forecast/information spreadsheet, 2008-2012, in native format, produced on a CD | | | |
| 164 | | MIC0006234-MIC0006313 | Direct Part Marking Equipment shipment forecast/information spreadsheet, 2006-2012 | | | |
| 164A | Pampinella Expert Reports | MIC0006234-MIC0006234 | Direct Part Marking Equipment shipment forecast/information spreadsheet, 2006-2012, in native format, produced on a CD | | | |
| 165 | Milburn Depo Ex. 3; Pampinella Expert Reports | MIC0006314-MIC0006363 | Mobile Hawk Sales Spreadsheet (November, 2009) | | | |
| 166 | Milburn Depo Ex. 21; Pampinella Expert Reports | MIC0006364-MIC0006375 | Microscan Current Organization Chart (June, 2013) | | | |
| 167 | Eastman Expert and Rebuttal Reports | MIC0006376-MIC0006376 | Mobile Hawk Schematic drawn by Tom Driscoll (9/16/2009) | | | |
| 168 | Milburn Depo Ex. 15 | MIC0006514-MIC0006514 | Mobile Hawk Cost Estimate spreadsheet | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |

| Pl Ex. No. | Deposition or Declaration Exhibit No. | Bates Range | Title/Description | Admit | Objection | Judge's Ruling |
|---|---|---|---|---|---|---|
| 168A | Pampinella Expert Reports | MIC0006514-MIC0006514 | Mobile Hawk Cost Estimate spreadsheet, in native format, produced on a CD | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 169 | Milburn Depo Ex. 24; Buck Depo Ex. 6; Wagner Depo Ex. 16; Hoobler Depo Ex. 5; Eastman Expert and Rebuttal Reports; Pampinella Expert Reports | MIC0006515-MIC0006518 | Code - Statement of Work and Quotation to Microscan (2/10/2009) | | | |
| 170 | Milburn Depo Ex. 26; Wagner Depo. Ex. 13; Hoobler Depo Ex. 12; Eastman Expert and Rebuttal Reports; Pampinella Expert Reports | MIC0006519-MIC0006547 | Development Agreement between Microscan and the Code Corporation | | | |
| 171 | Milburn Depo Ex. 19 | MIC0006637-MIC0006642 | Mobile Hawk Estimated Sales Information for 2009-2013 | | | |
| 171A | Pampinella Expert Reports | MIC0006637-MIC0006637 | Mobile Hawk Estimated Sales Information for 2009-2013, in native format, produced on a CD | | | |
| 172 | O'Brien Depo Ex. 4; Scharf Depo Ex. 25; Eastman Expert and Rebuttal Reports | MIC0006644-MIC0006644 | Chart titled "Handheld Performance Vs Price" | | 802 | |
| 173 | Scharf Depo Ex. 15; Pampinella Expert Reports | MIC0006646-MIC0006660 | Mobile Hawk DPM Hand Held Imager Sales Presentation | | | |
| 174 | Eastman Expert and Rebuttal Reports; Pampinella Expert Reports | MIC0006661-MIC0006671 | Microscan Hand Held Roadmap presentation by Kyle O'Brien | | 802 | |
| 175 | Milburn Depo Ex. 13; Eastman Expert and Rebuttal Reports; Pampinella Expert Reports | MIC0006672-MIC0006686 | Microscan document titled "How to Sell the Mobile Hawk" (June, 2010) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |

| Pl Ex. No. | Deposition or Declaration Exhibit No. | Bates Range | Title/Description | Admit | Objection | Judge's Ruling |
|---|---|---|---|---|---|---|
| 176 | Pampinella Expert Reports | MIC0006687-MIC0006709 | How to Sell the Mobile Hawk - 2010 Sales Meeting (1/12/2010) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 177 | O'Brien Depo Ex. 3; Eastman Expert and Rebuttal Reports | MIC0006755-MIC0006792 | Microscan Lab Report, Applications Engineering (7/5/2006) | | 802 | |
| 178 | Eastman Expert and Rebuttal Reports | MIC0006834-MIC0006846 | Microscan Product Strategy presentation (March 2008) | | 802 | |
| 179 | | MIC0006865-MIC0006882 | Capital Expenditure Authorization spreadsheets | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 179A | Pampinella Expert Reports | MIC0006865-MIC0006865 | Capital Expenditure Authorization spreadsheets, in native format, produced on a CD | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 180 | Pampinella Expert Reports | MIC0006883-MIC0006883 | Code Corporation Invoice to Microscan for engineering parts (7/27/2009) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 181 | Milburn Depo Ex. 22; Buck Depo Ex. 4; Wagner Depo Ex. 14; Hoobler Depo Ex. 4; Scharf Depo Ex. 6; Eastman Expert and Rebuttal Reports; Pampinella Expert Reports | MIC0006892-MIC0006895 | Code - Statement of Work and Quotation to Microscan (5/9/2008) | | 802 | |

| Pl Ex. No. | Deposition or Declaration Exhibit No. | Bates Range | Title/Description | Admit | Objection | Judge's Ruling |
|---|---|---|---|---|---|---|
| 182 | O'Brien Depo Ex. 6; Pampinella Expert Reports | MIC0007079-MIC0007103 | Mobile Hawk 2009 Summer Sales Meeting presentation (7/29/2009) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 183 | Scharf Depo Ex. 23; Pampinella Expert Reports | MIC0007104-MIC0007143 | How to Sell the Mobile Hawk - 2010 Sales Meeting (1/12/2010) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 184 | Milburn Depo Ex. 23; Buck Depo Ex. S; Wagner Depo Ex. 15; Hoobler Depo Ex. 9; Eastman Expert and Rebuttal Reports; Pampinella Expert Reports | MIC0007234-MIC0007237 | Code - Statement of Work and Quotation to Microscan - "Develop and manufacture custom DPM reader for Microscan - CR2550" (2/10/2000) | | 802 | |
| 185 | Eastman Expert and Rebuttal Reports; Pampinella Expert Reports | MIC0007238-MIC0007241 | Code - Statement of Work and Quotation to Microscan - "Develop and manufacture custom DPM reader for Microscan - CR1250" (2/10/2009) | | 802 | |
| 186 | Milburn Depo Ex. 25; Buck Depo Ex. 7; Wagner Depo Ex. 17; Hoobler Depo Ex. 6; Eastman Expert and Rebuttal Reports; Pampinella Expert Reports | MIC0007242-MIC0007272 | Code - Statement of Work and Quotation to Microscan - "Develop and manufacture custom DPM reader for Microscan - CR1250" (2/10/2009) | | 802 | |
| 187 | Pampinella Expert Reports | MIC0007273-MIC0007273 | Code Invoice to Microscan for engineering (6/9/2009) | | 802 | |
| 188 | Eastman Expert and Rebuttal Reports | MIC0007274-MIC0007286 | Illumination design and concepts | | 802 | |
| 189 | Eastman Expert and Rebuttal Reports | MIC0007287-MIC0007312 | MS-Q DPM Hand Held Phase II Kickoff presentation (3/26/2009) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |

| Pl Ex. No. | Deposition or Declaration Exhibit No. | Bates Range | Title/Description | Admit | Objection | Judge's Ruling |
|---|---|---|---|---|---|---|
| 190 | Eastman Expert and Rebuttal Reports | MIC0007313-MIC0007338 | MS-Q DPM Hand Held Phase II Kickoff presentation (3/26/2009) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 191 | Pampinella Expert Reports | MIC0007339-MIC0007339 | LCL Electronics Quote to Microscan (3/13/2009) | | 802 | |
| 192 | Pampinella Expert Reports | MIC0007340-MIC0007341 | Digi-Key Web Quote (4/2/2009) | | 802 | |
| 193 | Pampinella Expert Reports | MIC0007343-MIC0007343 | LCL Electronics Quote to Microscan (9/3/2009) | | 802 | |
| 194 | Pampinella Expert Reports | MIC0007344-MIC0007344 | LCL Electronics Quote to Microscan (9/3/2009) | | 802 | |
| 195 | Pampinella Expert Reports | MIC0007345-MIC0007345 | LCL Electronics Quote to Microscan (9/10/2009) | | 802 | |
| 196 | Pampinella Expert Reports | MIC0007433-MIC0007435 | Microscan Purchase Order to Code Corp for Mobile Hawks (8/19/2009) | | 802 | |
| 197 | Pampinella Expert Reports | MIC0007455-MIC0007456 | Silva Metal Machine Quote for Fixture (7/1/2013) | | 802 | |
| 198 | Pampinella Expert Reports | MIC0007480-MIC0007504 | Mobile Hawk 2009 Summer Sales Meeting presentation (7/29/2009) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 199 | Eastman Expert and Rebuttal Reports | MIC0007562-MIC0007586 | Mobile Hawk Handheld Detailed Design Review (5/13/2008) Product development document stating that the Mobile Hawk uses a "Lightpipe for Low Angle Lighting" | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 200 | Driscoll Depo Ex. 1; Eastman Expert and Rebuttal Reports | MIC0007587-MIC0007594 | Marlin Product Concepts and Risk Options (12/31/2008) | | | |

| Pl Ex. No. | Deposition or Declaration Exhibit No. | Bates Range | Title/Description | Admit | Objection | Judge's Ruling |
|---|---|---|---|---|---|---|
| 201 | Eastman Expert and Rebuttal Reports; Pampinella Expert Reports | MIC0007661-MIC0007664 | Invoice for "Light Pipe[s]" | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 202 | Pampinella Expert Reports | MIC0007665-MIC0007665 | Purchasing requisition to finish Mobile Hawk (6/18/2009) | | 802 | |
| 203 | Eastman Expert and Rebuttal Reports; Pampinella Expert Reports | MIC0007666-MIC0007666 | Purchasing requisition for a "lightpipe" and other items (6/25/2009) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 204 | Pampinella Expert Reports | MIC0007668-MIC0007668 | Purchasing requisition for a "lightpipe" and other items (7/30/2009) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 205 | Pampinella Expert Reports | MIC0007670-MIC0007670 | Purchasing requisition for "light pipe" tooling equipment and other items (8/18/2009) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 206 | Pampinella Expert Reports | MIC0007683-MIC0007722 | How to Sell the Mobile Hawk - 2010 Sales Meeting (1/12/2010) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 207 | Pampinella Supp Expert Report | MIC0007735-MIC0007735 | Quote/pricing based on final design of Mobile Hawk Readers (9/25/2009) | | 802 | |
| 208 | Scharf Depo Ex. 11; Eastman Expert and Rebuttal Reports | MIC0007740-MIC0007742 | InData Systems Proposal and Quotation to Microscan regarding MS-Q DPM | | 802 | |

| PI Ex. No. | Deposition or Declaration Exhibit No. | Bates Range | Title/Description | Admit | Objection | Judge's Ruling |
|---|---|---|---|---|---|---|
| 209 | Eastman Expert and Rebuttal Reports; Pampinella Expert Reports | MIC0007775-MIC0007805 | Code Statement of Work and Quotation for development and manufacturing of "custom DPM reader for Microscan - CR1250 (2/10/2008) | | 802 | |
| 210 | Pampinella Expert Reports | MIC0007806-MIC0007924 | VDC Research report - "AIDC Global Industry Business Planning; 2008 Market Intelligence Service, Volume 5: Direct Part Marking and Identification Systems, Global Market Demand Analysis | | | |
| 211 | Eastman Expert and Rebuttal Reports | MIC0007925-MIC0007926 | Code Corp Meeting - Update on MDQ DPM Project and change to new CR1200 Platform (1/21/2009) | | 802 | |
| 212 | Scharf Depo Ex. 4; Eastman Expert and Rebuttal Reports | MIC0007927-MIC0007932 | Microscan Product Development Checkpoint 2 (4/17/1995) | | 802 | |
| 213 | Scharf Depo Ex. 13; Eastman Expert and Rebuttal Reports | MIC0007946-MIC0007958 | Microscan LightRay PRD (Product Requirements Document) (11/3/2004) | | 402, 802 | |
| 214 | Eastman Expert and Rebuttal Reports | MIC0007963-MIC0007966 | MSQ DPM Design Handoff, Code Corp Trip Report (3/26/2009) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 215 | Eastman Expert and Rebuttal Reports | MIC0008481-MIC0008484 | Code Statement of Work and Quotation for development and manufacture of "custom DPM reader for Microscan - CR2550" (5/9/2008) | | 802 | |
| 216 | Eastman Expert and Rebuttal Reports | MIC0008488-MIC0008491 | Code Statement of Work and Quotation for development and manufacture of "custom DPM reader for Microscan - CR2550" (5/9/2008) | | 802 | |
| 217 | Eastman Expert and Rebuttal Reports | MIC0008492-MIC0008508 | Email from Ryan Hyde to Thomas Driscoll and Frank Clegg regarding CR1250 Drawings for Approval with attached drawings (7/9/2009) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 218 | Eastman Expert and Rebuttal Reports | MIC0008509-MIC0008537 | Development Agreement between Microscan and the Code Corporation (5/19/2008) | | | |
| 219 | Eastman Expert and Rebuttal Reports | MIC0008538-MIC0008541 | Code Statement of Work and Quotation for development and manufacture of "custom DPM reader for Microscan - CR2550" (5/9/2008) | | 802 | |
| 220 | Eastman Expert and Rebuttal Reports | MIC0008556-MIC0008556 | Handheld readers competitive information spreadsheet | | 802 | |

| Pl Ex. No. | Deposition or Declaration Exhibit No. | Bates Range | Title/Description | Admit | Objection | Judge's Ruling |
|---|---|---|---|---|---|---|
| 221 | Eastman Expert and Rebuttal Reports | MIC0008557-MIC0008559 | Code Proposal and Quotation for development and manufacture of "custom DPM reader for Microscan - CR2550" (2/19/2008) | | 802 | |
| 222 | O'Brien Depo Ex. 7; Scharf Depo Ex. 27; Eastman Expert and Rebuttal Reports | MIC0008631-MIC0008652 | Microscan Competitive Update - Cognex DATAMAN 8500 VS. MOBILE HAWK (Aug, 2011) | | 802 | |
| 223 | Scharf Depo Ex. 5; Eastman Expert and Rebuttal Reports | MIC0008743-MIC0008747 | Meeting Minutes - "MS-Q DPM Project" (2/13/2009) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 224 | Eastman Expert and Rebuttal Reports | MIC0009108-MIC0009114 | Mobile Hawk (MSQ DPM) Hardware Requirements document | | 802 | |
| 225 | Eastman Expert and Rebuttal Reports | MIC0009368-MIC0009368 | Block diagram of Mobile Hawk referring to "Light Pipe, Illumination" | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 226 | O'Brien Depo Ex. 9; Eastman Expert and Rebuttal Reports | MIC0009369-MIC0009369 | CR1250 (Mobile Hawk) Block Diagram | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 227 | Eastman Expert and Rebuttal Reports | MIC0009388-MIC0009405 | Microscan DPM presentation (2008) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 228 | Eastman Expert and Rebuttal Reports | MIC0009406-MIC0009423 | Microscan DPM presentation (2008) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |

| Pl Ex. No. | Deposition or Declaration Exhibit No. | Bates Range | Title/Description | Admit | Objection | Judge's Ruling |
|---|---|---|---|---|---|---|
| 229 | Eastman Expert and Rebuttal Reports | MIC0009424-MIC0009439 | MobileHawk Illumination Design Review presentation by Mike Messina | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 230 | Eastman Expert and Rebuttal Reports | MIC0009440-MIC0009458 | MobileHawk Illumination Design Review presentation by Mike Messina (5/13/09) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 231 | Eastman Expert and Rebuttal Reports | MIC0009459-MIC0009477 | MobileHawk Illumination Design Review presentation by Mike Messina (5/13/09) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 232 | Eastman Expert and Rebuttal Reports | MIC0009575-MIC0009581 | Revision Record - Mobile Hawk (MSQ DPM) Hardware Requirements Document | | | |
| 233 | Eastman Expert and Rebuttal Reports | MIC0009630-MIC0009648 | MobileHawk Illumination Design Review presentation by Mike Messina (5/13/09) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 234 | Eastman Expert and Rebuttal Reports | MIC0009649-MIC0009655 | Revision Record - Mobile Hawk (MSQ DPM) Hardware Requirements Document | | | |
| 235 | Eastman Expert and Rebuttal Reports | MIC0009667-MIC0009674 | Product comparison presentation | | | |
| 236 | Eastman Expert and Rebuttal Reports | MIC0009676-MIC0009694 | MobileHawk Illumination Design Review presentation by Mike Messina (5/13/09) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 237 | Scharf Depo Ex. 7 | MIC0009698-MIC0009698 | Email from Ryan Hyde to B. Scharf regarding Code Development Proposal | | 802 | |

| Pl Ex. No. | Deposition or Declaration Exhibit No. | Bates Range | Title/Description | Admit | Objection | Judge's Ruling |
|---|---|---|---|---|---|---|
| 238 | Eastman Expert and Rebuttal Reports | MIC0009699-MIC0009700 | MS-Q DPM CP3 Kickoff Meeting Minutes (7/14/2008) | | | |
| 239 | Eastman Expert and Rebuttal Reports | MIC0009714-MIC0009736 | MobileHawk Optic & Lighting Evaluation (11/03/2011) | | | |
| 240 | Eastman Depo Ex. 119; Eastman Expert and Rebuttal Reports | MIC0009762-MIC0009762 | Schematic - Dome Light Envelope of Coverage | | 402, 802 | |
| 241 | Eastman Expert and Rebuttal Reports | MIC0009763-MIC0009763 | Rays schematic | | 402, 802 | |
| 242 | Eastman Expert and Rebuttal Reports | MIC0009764-MIC0009764 | Rays schematic | | 402, 802 | |
| 243 | Eastman Expert and Rebuttal Reports | MIC0009765-MIC0009765 | Rays schematic | | 402, 802 | |
| 244 | Eastman Expert and Rebuttal Reports | MIC0009766-MIC0009766 | Rays schematic | | 402, 802 | |
| 245 | Eastman Expert and Rebuttal Reports | MIC0009767-MIC0009767 | Rays schematic | | 402, 802 | |
| 246 | Eastman Expert and Rebuttal Reports | MIC0009768-MIC0009781 | MobileHawk Illumination Design presentation by Mike Messina | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 247 | Eastman Expert and Rebuttal Reports | MIC0009782-MIC0009800 | MobileHawk Illumination Design presentation by Mike Messina (5/13/2009) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 248 | Eastman Expert and Rebuttal Reports | MIC0009801-MIC0009819 | MobileHawk Illumination Design presentation by Mike Messina (5/13/2009) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |

| Pl Ex. No. | Deposition or Declaration Exhibit No. | Bates Range | Title/Description | Admit | Objection | Judge's Ruling |
|---|---|---|---|---|---|---|
| 249 | Eastman Expert and Rebuttal Reports | MIC0009820-MIC0009838 | MobileHawk Illumination Design presentation by Mike Messina (5/13/2009) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 250 | Eastman Expert and Rebuttal Reports | MIC0009858-MIC0009858 | Dome schematic | | 402, 802 | |
| 251 | Eastman Expert and Rebuttal Reports | MIC0009859-MIC0009859 | Dome schematic | | 402, 802 | |
| 252 | Eastman Expert and Rebuttal Reports | MIC0009860-MIC0009860 | Rays schematic | | 402, 802 | |
| 253 | Eastman Expert and Rebuttal Reports | MIC0009861-MIC0009863 | Meeting Minutes - "MSQDPM Meeting" (11/3/2008) | | 802 | |
| 254 | Eastman Expert and Rebuttal Reports | MIC0009864-MIC0009867 | Meeting Minutes - "MSQDPM Meeting" (11/5/2008) | | 802 | |
| 255 | Eastman Expert and Rebuttal Reports | MIC0009868-MIC0009872 | Meeting Minutes - "MSQDPM Meeting" (11/5/2008) | | 802 | |
| 256 | Eastman Expert and Rebuttal Reports | MIC0009873-MIC0009873 | Rays schematic | | 402, 802 | |
| 257 | Eastman Expert and Rebuttal Reports | MIC0009887-MIC0009887 | Block diagram of Mobile Hawk referring to "Light Pipe, Illumination" | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 258 | Eastman Expert and Rebuttal Reports | MIC0009888-MIC0009888 | Rays schematic | | 402, 802 | |
| 259 | Driscoll Depo Ex. 4; Scharf Depo Ex. 18 | MIC0009908-MIC0009908 | Microscan Systems Incorporated Engineering Change Notices (7/23/2013) | | Only to the extent the Exhibit uses the term "Light Pipe" - 402, 403, 802, Defendants' MIL No. 1 | |
| 260 | Eastman Expert and Rebuttal Reports | N/A | Smithsonian reference for Spectra Physics scanner SN 006 (http://americanhistory.si.edu/collections/search/object/nmah_892778) | | 402, 802 | |
| 261 | Eastman Expert and Rebuttal Reports | N/A | NASA Standard – NASA-STD-6002A; Applying Data Matrix Identification Symbols on Aerospace Parts | | 402, 802 | |
| 262 | Eastman Expert and Rebuttal Reports | N/A | MIL-STD-130L; Department of Defense Standard Practice - Identification Marking of U.S. Military Property | | 402, 802 | |

| Pl Ex. No. | Deposition or Declaration Exhibit No. | Bates Range | Title/Description | Admit | Objection | Judge's Ruling |
|---|---|---|---|---|---|---|
| 263 | Eastman Expert Reports | N/A | International Standard - ISO/IEC 15415; Information technology - Automatic identification and data capture techniques - Bar code symbol print quality test specification - Two-dimensional symbols | | 402, 802 | |
| 264 | Eastman Expert and Rebuttal Reports | N/A | AIM DPM Quality Guideline, copyright 2006, (http://c.ymcdn.com/sites/www.aimglobal.org/resource/resmgr/files/aim_dpm_quality_guideline.pdf) | | 402, 802 | |
| 265 | Eastman Expert Reports | N/A | Illustration from Application Brief I-003 entitled "Light Guide Techniques Using LED Lamps" by Avago Technologies | | 402, 802 | |
| 266 | Eastman Expert and Rebuttal Reports | N/A | Born, M. and Wolf, E. "Principles of Optics" 4th Edition, Pergamon Press, Ltd. Oxford, 1970 | | 402, 802 | |
| 267 | Eastman Expert Reports | N/A | DataMan 8000 Handheld Barcode Reader Models, http://www.cognex.com/corded-cordlesshandheld-readers.aspx - last visited July 11, 2013 | | 402, 802 | |
| 268 | Eastman Expert Reports | N/A | DataMan: Documentation, COGNEX.COM http://www.cognex.com/support/downloads/File.aspx?d=2657 - download link to DataMan 9500 2D-3D Drawings) - last visited 7/15/2013 | | 402, 802 | |
| 269 | Pampinella Expert Reports | N/A | Cognex Corporation Form 10-K for year ended December 31, 2012 | | 402, 802 | |
| 270 | Pampinella Expert Reports | N/A | Horngren, C., Foster, G., Datar, S. (1994). Cost Accounting: A Managerial Emphasis. New Jersey: Prentice Hall 8th Ed. | | 402, 802 | |
| 271 | Pampinella Expert Reports | N/A | http://codecorp.com/about-code.php | | 402, 802 | |
| 272 | Pampinella Expert Reports | N/A | http://download.cosys.info/docs/file/handscanner/cognex_dataman700.pdf | | 402, 802 | |
| 273 | Pampinella Expert Reports | N/A | http://files.microscan.com/aboutus_pdf/Microscan_Fact_Sheet.pdf | | 402, 802 | |
| 274 | Pampinella Expert Reports | N/A | http://www.microscan.com/en-us/30years/anniversary.aspx | | 402, 802 | |
| 275 | Pampinella Expert Reports | N/A | http://www.microscan.com/en-us/Products/Handheld-Barcode-Scanners-and-Imagers/Mobile-Hawk-Direct-Part-Marking-Handheld-Imager.aspx | | 402, 802 | |
| 276 | Pampinella Expert Reports | N/A | http://www.packaginghotline.com/industry_news/cognex0513.html | | 402, 802 | |
| 277 | Eastman Rebuttal Report | N/A | Siemens November 2005 Sales Brochure | | 402, 802 | |
| 278 | | N/A | U.S. Patent Application 90/012,828 - Reexam file history | | 402, 802 | |
| 279 | Eastman Expert Reports | N/A | U.S. Patent Application Publication 20060133757 - 11/014,478 (6/22/06) | | | |
| 280 | Eastman Expert Reports | N/A | U.S. Patent Application Publication 20060131419 - 11/019,763 (6/22/06) | | | |

| Pl Ex. No. | Deposition or Declaration Exhibit No. | Bates Range | Title/Description | Admit | Objection | Judge's Ruling |
|---|---|---|---|---|---|---|
| 281 | Eastman Expert and Rebuttal Reports; Pampinella Expert Reports | N/A | U.S. Patent Application Publication 2005/0087601 - 10/693,626 (4/28/2005) | | | |
| 282 | Eastman Expert Reports | N/A | U.S. Patent Application Publication 2007/0090193 - 11-257,411 (4/26/07) | | | |
| 283 | Driscoll Depo Ex. 6; Scharf Depo Ex. 16; Bubnoski Depo Ex. 10; Eastman Expert and Rebuttal Reports; Exhibit 7 to Declaration of Jacob K. Baron in Opposition to Defendants' Motions in Limine; Exhibit 7 to Declaration of Jacob K. Baron in Opposition to Defendants' MSJ of Non-Infringement | COG0034246-COG0034267 | U.S. Patent No. 8,107,808 (1/31/2012) | | 402, 403, 802, Defendants' MIL No. 2 (subject to the Court's ruling) | |
| 284 | DTX39 | COG0034217-COG0034219 | Email from W. Equitz to C. Gerst Re: Next plans for DM700 image formation (7/23/2004) | | | |
| 285 | DTX37 | COG0034228-COG0034228 | Email from W. Equitz to L. Nunnink Re: Hawykeye 51 on its way (7/22/2004) | | | |
| 286 | DTX222 | COG0034229-COG0034230 | Email from L. Nunnink to W. Equitz Re: Hawkeye 51 on its way (7/23/2004) | | | |
| 287 | DTX223 | COG0034231-COG0034231 | HawkEye 51 Optics drawing | | | |
| 288 | DTX224 | COG0034232-COG0034232 | Dataman 7000b photo | | | |
| 289 | Produced on March 28, 2014 | COD0000884-COD0000884 | Updated - Sales Analysis Report - Unit Price (3/24/2014), in native format | | | |
| 290 | Produced on March 28, 2014 | MIC0009975-MIC0009975 | Defendants' updated financial data, in native format | | | |
| 291 | Produced on March 28, 2014 | COG0018727_001-COG0018727_001 | Updated - ID Products Annual P&L's (2007-2014), in native format | | | |
| 292 | Produced on March 28, 2014 | COG0018973_001-COG0018973_001 | Updated - DataMan Revenue Spreadsheets (2008-2014), in native format | | | |
| 293 | Produced on March 28, 2014 | COG0018974_001-COG0018974_001 | Actuals and Product Cost Spreadsheets (Feb-2014 YTD), in native format | | | |
| 294 | See DTX25 | COG0009463-COG0009485 | WO99/49347 application (9/30/1999) | | | |
| 295 | DTX24 | MIC0009909- MIC0009933 | Article from Auto ImageID - HawkEye 50 and HawkEye 51 2D Direct Part Market Scanner | | | |
| 296 | DTX326 | COG0035315-COG0035324 | Marketing Requirements Document (10/6/2003) | | | |

| Pl Ex. No. | Deposition or Declaration Exhibit No. | Bates Range | Title/Description | Admit | Objection | Judge's Ruling |
|---|---|---|---|---|---|---|
| 297 | DTX41 | COG0034220-COG0034220 | Design consideration for DM7000 IFS (7/22/2004), in native format | | | |
| 298 | DTX42 | COG0034221-COG0034221 | HHP-Cognex DataMan Action List (7/26/2004), in native format | | | |
| 299 | DTX40 | COG0034234-COG0034235 | Email from W. Equitz to HHP recipients Re: Minutes, HHP/Cognex phone meeting, July 26, 2004 (7/27/2004) | | | |
| 300 | DTX247 | COG0034779-COG0034793 | Engineering Requirements Document (5/21/0204) | | | |
| 301 | DTX253 | COG0034974-COG0034995 | Engineering Requirements Document (9/15/2004) | | | |
| 302 | DTX332 | COG0036045-COG0036056 | DM7500 Project Status - Will Equitz, Nov. 30, 2004 | | | |
| 303 | DTX259 | COG0034583-COG0034610 | Engineering Requirements Document (3/1/2005) | | | |
| 304 | DTX260 | COG0034642-COG0034669 | Engineering Requirements Document (3/3/2005) | | | |
| 305 | | N/A | Product Sample of HawkEye | | Defendants object to this exhibit until it is made available for inspection | |
| 306 | | N/A | Product Sample of HawkEye Bright Field Light Pipe | | Defendants object to this exhibit until it is made available for inspection | |
| 307 | | N/A | Product Sample of HawkEye Bright Field Light Pipe | | Defendants object to this exhibit until it is made available for inspection | |

**EXHIBIT B**

<u>DEFENDANTS' EXHIBIT LIST WITH PLAINTIFFS' OBJECTIONS</u>

| EX # | DEP EX NO. | BEG. BATES NO. | END BATES NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|---|---|---|---|---|---|---|---|
| DTX1 | | | | | Physical Exhibit - HE51 LytePype (dark field) | Authentication | |
| DTX2 | | | | | Physical Exhibit - HE51 LytePype (bright field) | Authentication | |
| DTX3 | | | | | Physical Exhibit – HawkEye handpiece | Authentication | |
| DTX4 | | | | | Physical Exhibit - HE50 LytePype (dark field) | Authentication | |
| DTX5 | | | | | Physical Exhibit - HE50 LytePype (bright field) | Authentication | |
| DTX6 | | | | | Physical Exhibit – Auto Image ID HawkEye box | Authentication | |
| DTX7 | | | | | Physical Exhibit – HawkEye User Manual | Authentication | |
| DTX8 | | | | | Physical Exhibit - Cognex's HawkEye device with light pipe | | |
| DTX9 | | | | | Physical Exhibit - Cognex's HawkEye disc | Relevance; Rule 403 | |

| EX. # | DEP EX NO. | BEG. BATES NO. | END BATES NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|---|---|---|---|---|---|---|---|
| DTX10 | | | | | Physical Exhibit - Cognex's HawkEye 1500 disc | Relevance; Rule 403 | |
| DTX11 | | MIC0009909 | MIC0009909 | | Auto Image ID web page | | |
| DTX12 | | MIC0009910 | MIC0009911 | | HawkEye 50 and Hawk Eye 51 2D Direct Part Mark Scanner | | |
| DTX13 | | MIC0009912 | MIC0009913 | | HawkEye 52 TwinScan "All-in-One" Scanner | | |
| DTX14 | | MIC0009914 | MIC0009914 | 07/30/2000 | Schematic – Auto Image ID LPA51030 LP ASSY 30' | | |
| DTX15 | | MIC0009915 | MIC0009915 | 07/03/2000 | Schematic – Auto Image ID LPA51010 LP ASSY 10' | | |
| DTX16 | | MIC0009916 | MIC0009916 | 07/23/2000 | Schematic – Auto Image ID – 1.00x30 Degree Lexan | | |
| DTX17 | | MIC0009917 | MIC0009917 | | Schematic – Auto Image ID- 1.00x10 Degree Lexan | | |
| DTX18 | | MIC0009918 | MIC0009919 | | ID2150 Hand Held 2D Direct Mark Scanner using LytePype | | |
| DTX19 | | MIC0009920 | MIC0009925 | | ID2150 Hand Held 2D Direct Mark Scanner Using LytePype; ID Systems Direct Marking Trends | | |

| EX. # | DEF. EX. NO | BEG. BATES NO | END BATES NO | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|---|---|---|---|---|---|---|---|
| DTX20 | | MIC0009926 | MIC0009927 | | Auto ImageID LytePype – Advantages of Direct Marks | | |
| DTX21 | | MIC0009928 | MIC0009928 | | Photograph HawkEye LED array | | |
| DTX22 | | MIC0009929 | MIC0009929 | | Photograph of HawkEye device | | |
| DTX23 | | MIC0009930 | MIC0009933 | 11/2005 | SIMATIC HawkEye 50T/51T – High-performance hand-held 2D direct part mark readers | Authentication | |
| DTX24 | DDX 121 | MIC0009909 | MIC0009933 | 12/03/2000 | Article from Auto ImageID – HawkEye 50 and HawkEye 51 2D Direct Part Mark Scanner | Authentication | |
| DTX25 | | (uncertified copy was produced as MIC0001649) | (uncertified copy was produced as MIC0001671) | | Certified Copy WO 99/49347 Target Illumination Device (Hahn) | | |
| DTX26 | | (uncertified copy was produced as MIC0001631) | (uncertified copy was produced as MIC0001648) | 04/28/2005 | Certified Copy US 2005/0087601 Light Pipe Illumination System and Method (Gerst III) | | |
| DTX27 | | (uncertified copy was produced as MIC0001690) | (uncertified copy was produced as MIC0001702) | | Certified Copy USPN 6,352,204 Optical Symbol Scanner With Low Angle Illumination (Hattersley) | | |

| EX # | DEP. EX. NO. | BEG. BATES NO. | END BATES NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|------|------|------|------|------|------|------|------|
| DTX28 | | (uncertified copy was produced as MIC0001723) | (uncertified copy was produced as MIC0001752) | | Certified Copy US 6,601,768 Imaging Module For Optical Reader Comprising Refractive Diffuser (McCall) | | |
| DTX29 | | (uncertified copy was produced as MIC0001672) | (uncertified copy was produced as MIC0001689) | | Certified Copy USPN 6,429,934 Optimal Symbology Illumination-Apparatus and Method (Dunn) | | |
| DTX30 | | (uncertified copy was produced as MIC0001773) | (uncertified copy was produced as MIC0001775) | | Certified Copy US 4,929,053 Display Unit and Optical Waveguide For Use In Same | | |
| DTX31 | | (uncertified copy was produced as MIC0001776) | (uncertified copy was produced as MIC0001789) | | Certified Copy US 5,309,277 High Intensity Illuminator (Deck) | | |
| DTX32 | Bubnoski 1 | | | 07/27/2013 | Supplemental Expert Report and Declaration of David P. Bubnoski with Exhibits A-C | Relevance; Rule 403; Hearsay; Inappropriate Exhibit | |
| DTX33 | | | | | **Exhibit A** to Supplemental Bubnoski 7/27/2013 Expert Report – Materials Considered | Relevance; Rule 403; Hearsay; Inappropriate Exhibit | |

| EX. # | DEP. EX. NO. | BEG. BATES NO. | END BATES NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|---|---|---|---|---|---|---|---|
| DTX34 | | | | | **Exhibit B** to Supplemental Bubnoski 7/27/2013 Expert Report – CV of David Bubnoski – Auto ImageID | Relevance; Rule 403; Hearsay; Inappropriate Exhibit | |
| DTX35 | | | | | **Exhibit C** to Supplemental Bubnoski 7/27/2013 Expert Report | Relevance; Rule 403; Hearsay; Inappropriate Exhibit | |
| DTX36 | | COG0034215 | COG0034216 | 07/14/2003 | Email from: Marilyn Matz To: Justin Testa Re: HHP discussions | | |
| DTX37 | DDX 122 | COG0034228 | COG0034228 | 07/22/2004 | E-mail From: Will Equitz To: Laurens Nunnink Re: Hawkeye 51 | | |
| DTX38 | DDX 128 | COG0034229 | COG0034232 | 07/23/2004 | E-mail From: Laurens Nunnink To: Will Equitz Re: Hawkeye51 | | |
| DTX39 | DDX 123 | COG0034217 | COG0034219 | 07/23/2004 | E-mail From: Will Equitz To: Carl Gerst Re: Next plans for DM7000 image formation | | |
| DTX40 | | COG0034234 | COG0034235 | 07/27/2004 | E-mail From: Will Equitz To: masterj3@hhp.com, et al Re: Minutes, HHP/Cognex phone meeting, July 26, 2004 | | |

| EX. # | DEP. EX. NO. | BEG. BATES NO. | END BATES NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|---|---|---|---|---|---|---|---|
| DTX41 | | COG0034220 | COG0034220 | 7/27/2004 | Attachment to E-mail From: Will Equitz To: masterj3@hhp.com, et al Re: Minutes, HHP/Cognex phone meeting, July 26, 2004 | | |
| DTX42 | | COG0034221 | COG0034221 | | Attachment to E-mail From: Will Equitz To: masterj3@hhp.com, et al Re: Minutes, HHP/Cognex phone meeting, July 26, 2004 | | |
| DTX43 | | COG0034222 | COG0034227 | 03/10/2006 | E-mail chain From: Carl Gerst To: Joerg Kuechen Re: Dataman 7550 Tests BWM in Steyr, Austria | | |
| DTX44 | | COG0034233 | COG0034233 | 03/29/2006 | E-mail From: Carl Gerst To: Justin Testa | | |
| DTX45 | DDX 074 | COG0031598 | COG0031911 | | William Equitz Lab Notebook September 2002 – June 2003 | | |
| DTX46 | DDX 075 | COG0031912 | COG0032220 | | William Equitz Lab Notebook July 2003 – February 2004 | | |
| DTX47 | DDX 076 | COG0032221 | COG0032528 | | William Equitz Lab Notebook February 2004 – September 2004 | | |

| EX # | DEP. EX. NO. | BEG. BATES NO. | END BATES NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|---|---|---|---|---|---|---|---|
| DTX48 | DDX 078 | COG0032529 | COG0032838 | | William Equitz Lab Notebook September 2004 – April 2005 | | |
| DTX49 | DDX 079 | COG0032839 | COG0033135 | | William Equitz Lab Notebook April 2005 – October 2005 | | |
| DTX50 | | COG0033136 | COG0033444 | | Equitz Lab Notebook October 2005 – May 2006 | | |
| DTX51 | | | | 08/23/2013 | Cognex's Privilege Log | Inappropriate Exhibit | |
| DTX52 | | | | 09/09/2013 | Cognex's Supplemental Privilege Log | Inappropriate Exhibit | |
| DTX53 | DDX 006 | COG0004481 | COG0004481 | | Image resolution for the Hawkeye 51ID reader at different distances from the end of the light pipe | | |
| DTX54 | Bero 1 | | | 08/30/2013 | Expert Report of Richard F. Bero, CPA, CVA with Attachments 1 & 2 and All Schedules | Relevance; Rule 403; Hearsay; Inappropriate Exhibit | |
| DTX55 | Bero 1 | | | | **Bero Attachment 1 -** Data and Other Information Considered as of 08/30/2013 | Relevance; Rule 403; Hearsay; Inappropriate Exhibit | |
| DTX56 | Bero 1 | | | | **Bero Attachment 2 -** CV of Richard F. Bero, CPA, CVA | Relevance; Rule 403; Hearsay | |

| EX. # | DEP. EX. NO. | BEG. BATES NO. | END BATES NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|-------|------|------|------|------|------|------|------|
| DTX57 | Bero 1 | | | | **Bero Schedule 1.0** | Relevance; Rule 403; Hearsay | |
| DTX58 | Bero 1 | | | | **Bero Schedule 1.1** | Relevance; Rule 403; Hearsay | |
| DTX59 | Bero 1 | | | | **Bero Schedule 1.2.1** | Relevance; Rule 403; Hearsay | |
| DTX60 | Bero 1 | | | | **Bero Schedule 1.2.2** | Relevance; Rule 403; Hearsay | |
| DTX61 | Bero 1 | | | | **Bero Schedule 1.2.3** | Relevance; Rule 403; Hearsay | |
| DTX62 | Bero 1 | | | | **Bero Schedule 1.3.1** | Relevance; Rule 403; Hearsay | |
| DTX63 | Bero 1 | | | | **Bero Schedule 1.3.2** | Relevance; Rule 403; Hearsay | |
| DTX64 | Bero 1 | | | | **Bero Schedule 1.3.3** | Relevance; Rule 403; Hearsay | |
| DTX65 | Bero 1 | | | | **Bero Schedule 2.0** | Relevance; Rule 403; Hearsay | |
| DTX66 | Bero 1 | | | | **Bero Schedule 2.1** | Relevance; Rule 403; Hearsay | |
| DTX67 | Bero 1 | | | | **Bero Schedule 2.2** | Relevance; Rule 403; Hearsay | |
| DTX68 | Bero 1 | | | | **Bero Schedule 3.0** | Relevance; Rule 403; Hearsay | |
| DTX69 | Bero 1 | | | | **Bero Schedule 4.0** | Relevance; Rule 403; Hearsay | |
| DTX70 | Bero 1 | | | | **Bero Schedule 4.1** | Relevance; Rule 403; Hearsay | |
| DTX71 | Bero 1 | | | | **Bero Schedule 4.2** | Relevance; Rule 403; Hearsay | |
| DTX72 | Bero 1 | | | | **Bero Schedule 5.0** | Relevance; Rule 403; Hearsay | |
| DTX73 | Bero 1 | | | | **Bero Schedule 5.1** | Relevance; Rule 403; Hearsay | |
| DTX74 | Bero 1 | | | | **Bero Schedule 5.2** | Relevance; Rule 403; Hearsay | |
| DTX75 | Bero 1 | | | | **Bero Schedule 5.3** | Relevance; Rule 403; Hearsay | |
| DTX76 | Bero 1 | | | | **Bero Schedule 6.0** | Relevance; Rule 403; Hearsay | |
| DTX77 | Bero 1 | | | | **Bero Schedule 6.1** | Relevance; Rule 403; Hearsay | |
| DTX78 | Bero 1 | | | | **Bero Schedule 7.0** | Relevance; Rule 403; Hearsay | |
| DTX79 | Bero 1 | | | | **Bero Schedule 7.1** | Relevance; Rule 403; Hearsay | |
| DTX80 | Bero 1 | | | | **Bero Schedule 7.2** | Relevance; Rule 403; Hearsay | |
| DTX81 | Bero 1 | | | | **Bero Schedule 8.0** | Relevance; Rule 403; Hearsay | |
| DTX82 | Bero 1 | | | | **Bero Schedule 8.1** | Relevance; Rule 403; Hearsay | |
| DTX83 | Bero 1 | | | | **Bero Schedule 8.2** | Relevance; Rule 403; Hearsay | |
| DTX84 | Bero 1 | | | | **Bero Schedule 9.0** | Relevance; Rule 403; Hearsay | |
| DTX85 | Bero 1 | | | | **Bero Schedule 10.0** | Relevance; Rule 403; Hearsay | |
| DTX86 | Bero 1 | | | | **Bero Schedule 11.0** | Relevance; Rule 403; Hearsay | |
| DTX87 | Bero 1 | | | | **Bero Schedule 11.1** | Relevance; Rule 403; Hearsay | |

| EX. # | DEP. EX. NO. | BEG. BATES NO. | END BATES NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|---|---|---|---|---|---|---|---|
| DTX88 | Bero 1 | | | | **Bero Schedule 12.0** | Relevance; Rule 403; Hearsay | |
| DTX89 | Bero 1 | | | | **Bero Schedule 12.1** | Relevance; Rule 403; Hearsay | |
| DTX89 A | Bero 1 | | | | **Bero Schedule 12.2** | Relevance; Rule 403; Hearsay | |
| DTX89 B | Bero 1 | | | | **Bero Schedule 12.3** | Relevance; Rule 403; Hearsay | |
| DTX89 C | Bero 1 | | | | **Bero Schedule 12.4** | Relevance; Rule 403; Hearsay | |
| DTX 89D | Bero 1 | | | | **Bero Schedule 13.0** | Relevance; Rule 403; Hearsay | |
| DTX90 | Bero 1 | MIC0009937 | MIC0009937 | 07/23/2013 | UPS Invoice of shipment from Malaysia to Netherlands | | |
| DTX91 | | MIC0009938 | MIC0009938 | | Excel Spreadsheet of shipment costs | | |
| DTX92 | | MIC0009939 | MIC0009942 | 2011 | Electronic Solutions Microscan Brochure | | |
| DTX93 | | MIC0009943 | MIC0009950 | 2012 | Precision Lighting Microscan Brochure | | |
| DTX94 | | MIC0009951 | MIC0009974 | 2011 | Machine Vision & Auto ID Microscan Brochure | | |
| DTX95 | DDX 001 | COG0000001 | COG0000030 | 01/25/2011 | USPN 7,874,487 Integrated Illumination Assembly For Symbology Reade (Nunnink) | | |
| DTX96 | DDX 002 | COG0000031 | COG0001783 | 01/25/2011 | File History for USPN 7,874,487 | | |
| DTX97 | DDX 003 | | | 07/10/2013 | Rule 30(b)(6) Notice of Deposition of Cognex Corp. | Relevance; Rule 403; Hearsay; Inappropriate Exhibit | |

| EX. # | DEP. EX. NO. | BEG. BATES NO. | END BATES NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|---|---|---|---|---|---|---|---|
| DTX98 | DDX 004 | COG0004868 | COG0004869 | 01/24/2004 | Email From: Will Equitz To: Mike Ehrhart Re: Cognex/HHP meeting Notes Jan. 21, 2004 | | |
| DTX99 | DDX 005 | COG0002975 | COG0002975 | 07/20/2004 | HHP-Cognex DataMan Action List | | |
| DTX 100 | DDX 007 | COG0018608 | COG0018640 | | Cognex Presentation - DataMan 7500 Series Hand Held DPM Readers | | |
| DTX101 | DDX 008 | COG0005431 | COG0005448 | 05/21/2004 | Cognex Confidential – DataMan 7000 (DM7000) Engineering Requirements Document | | |
| DTX 102 | DDX 009 | COG0007430 | COG0007439 | 01/18/2005 | Cognex Presentation - DM7500 New Diffuse (Patent Pending) | | |
| DTX103 | DDX 010 | COG0003547 | COG0003550 | 02/08/2005 | E-Mail From: Laurens Nunnink To: Will Equitz Re:: Pictures of DM7000 switchable diffuser design – pictures attached | | |
| DTX 104 | DDX 011 | COG0007285 | COG0007286 | 01/31/06 | Schematic – Light Pipe 55 DMX75XO | | |
| DTX105 | DDX 012 | COG0005973 | COG0005974 | 09/11/07 | Schematic – Diffuser DM7X00 | | |
| DTX 106 | DDX 013 | COG0005120 | COG0005120 | 04/21/06 | Schematic – Light Pipe Diffuser Assembly Inspection Dwg for HHP DM75XO | | |

| EX. # | DEP. EX. NO. | BEG. BATES NO. | END BATES NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|---|---|---|---|---|---|---|---|
| DTX 107 | DDX 014 | COG0014536 | COG0014538 | 12/11/08 | E-Mail From: Carl Gerst, et al. To: Will Equitz Re: Falcon Status Update, Dec. 11, 2008 | | |
| DTX 108 | | COG0018973 | COG0018793 | | Complete Excel Spreadsheet of Cognex sales from 2008-2013 | | |
| DTX 109 | DDX 015 | COG0018973 | COG0018973 | 2008 | Excel Spreadsheet - 2008 Dataman All | | |
| DTX110 | DDX 016 | COG0018973 | COG0018973 | 2008 | Excel Spreadsheet - 2008 DM7500 and 8500 US Only | | |
| DTX111 | DDX 017 | COG0018973 | COG0018973 | 2009 | Excel Spreadsheet - 2009 Dataman All | | |
| DTX112 | DDX 018 | COG0018973 | COG0018973 | 2009 | Excel Spreadsheet - 2009 DM7500, 8500 and 9500 US Only | | |
| DTX113 | DDX 019 | COG0018973 | COG0018973 | 2010 | Excel Spreadsheet -2010 Dataman All | | |
| DTX114 | DDX 020 | COG0018973 | COG0018973 | 2010 | Excel Spreadsheet - 2010 DM7500 and 8500 US Only | | |
| DTX115 | DDX 021 | COG0018973 | COG0018973 | 2011 | Excel Spreadsheet - 2011 Dataman All | | |
| DTX116 | DDX 022 | COG0018973 | COG0018973 | 2011 | Excel Spreadsheet - 2011 DM7500 and 8500 US Only | | |
| DTX117 | DDX 023 | COG0018973 | COG0018973 | 2012 | Excel Spreadsheet - 2012 Dataman All | | |
| DTX118 | DDX 024 | COG0018973 | COG0018973 | 2012 | Excel Spreadsheet - 2012 DM7500 8500,9500 US | | |

| EX # | DEP. EX. NO. | BEG. BATES NO. | END BATES NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|---|---|---|---|---|---|---|---|
| DTX119 | DDX 025 | COG0018973 | COG0018973 | 2013 | Excel Spreadsheet - 2013 Q1 Dataman All | | |
| DTX 120 | DDX 026 | COG0018973 | COG0018973 | 2013 | Excel Spreadsheet - 2013 Q1 DM7500, 8500,9500 US | | |
| DTX121 | DDX 027 | COG0018308 | COG0018308 | | Excel Spreadsheet - DM75XO Bookings History | | |
| DTX 122 | DDX 028 | COG0018312 | COG0018312 | | Excel Spreadsheet – Product Sales | | |
| DTX 123 | DDX 029 | COG0018335 | COG0018335 | | Excel Spreadsheet – DataMan Product Prices | | |
| DTX 124 | DDX 030 | COG0018313 | COG0018313 | 2011-2014 | Excel Spreadsheet – 2011 - 2014 | | |
| DTX125 | DDX 031 | COG0018388 | COG0018388 | | Excel Spreadsheet - Bookings Detail - MVSD | | |
| DTX 126 | DDX 032 | COG0018725 | COG0018725 | | Excel Spreadsheet - DataMan Product Revenue | | |
| DTX127 | DDX 033 | COG0018723 | COG0018723 | | Excel Spreadsheet – DataMan Budgets | | |
| DTX128 | DDX 034 | COG0002130 | COG0002130 | | Excel Spreadsheet – DM7500 Injection Molded Parts | | |
| DTX129 | DDX 035 | COG0002131 | COG0002131 | | Excel Spreadsheet DM7 5002011 | | |
| DTX 130 | DDX 036 | COG0004604 | COG0004604 | | Excel Spreadsheet - Plastic Parts Costs DM750XO IFS | | |

12

| EX. # | DEP. EX. NO. | BEG. BATES NO. | END BATES NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|---|---|---|---|---|---|---|---|
| DTX131 | DDX 037 | COG0018700 | COG0018722 | 07/15/2013 | Peoplesoft Manufacturing Indented Costed Bill of Materials Effective Date - 15-Jul-2013 | | |
| DTX132 | DDX 038 | COG0004625 | COG004625 | | Spreadsheet - DM7500 Alpha Build | | |
| DTX133 | DDX 039 | COG0002139 | COG0002139 | | Spreadsheet - V003, LN 04Feb2009 | | |
| DTX 134 | DDX 040 | COG0004979 | COG0004979 | | Spreadsheet - HHP/Cognex PSA - Exhibit B - Tethered DPM Hand Held | | |
| DTX135 | DDX 041 | COG0018307 | COG0018307 | | Excel Spreadsheet -Sales | | |
| DTX136 | DDX 042 | COG0018697 | COG0018697 | | Excel Spreadsheet -Sales | | |
| DTX137 | DDX 043 | COG0004171 | COG0004171 | | Excel Spreadsheet -Sales | | |
| DTX138 | DDX 044 | COG0018389 | COG0018389 | | Excel Spreadsheet - Re 9500 | | |
| DTX139 | DDX 045 | COG0002153 | COG0002153 | 02/24/2009 | Excel Spreadsheet – Falcon Cost Roll-Ups Based on Horst's and Lauren Estimates | | |
| DTX140 | DDX 046 | COG0018321 | COG0018321 | | Excel Spreadsheet – Product Development Review ID Products | | |
| DTX141 | DDX 047 | COG0018724 | COG0018724 | | Excel Spreadsheet - ID Products Annual P&L's (in '000s) | | |

| EX. # | DEF. EX. NO. | BEG. BATES NO. | END BATES NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|-------|------|------|------|------|------|------|------|
| DTX 142 | DDX 048 | COG0018388 | COG0018388 | | Excel Spreadsheet – Cognex Corporation Bookings Detail - MVSD | | |
| DTX143 | DDX 049 | COG0018726 | COG0018726 | | Excel Spreadsheet – Product & Price Listing | | |
| DTX144 | DDX 050 | COG0018310 | COG0018310 | | Excel Spreadsheet – 2010 Key Performance Indicators (KPI) | | |
| DTX145 | DDX 051 | COG0020090 | COG0020090 | | Excel Spreadsheet – DataMan sales channel distribution chart | | |
| DTX146 | DDX 052 | COG0020187 | COG0020187 | | Excel Spreadsheet – 2010 Plan | | |
| DTX147 | DDX 053 | COG0020408 | COG0020408 | | Excel Spreadsheet – DM7500 Cost Summary | | |
| DTX 148 | DDX 054 | COG0019652 | COG0019655 | 2007 | Presentation Slides – Re Hand Held Products 2007 | | |
| DTX149 | DDX 055 | COG0014485 | COG0014494 | | Cognex Presentation – ID Products DataMan 8000 Series Wireless Readers and Base Station Marketing Justification | | |
| DTX 150 | DDX 056 | COG0020455 | COG0020455 | | Spreadsheet - Liquid Lens Options Evaluation (Non-Exclusive License; ID Volumes Only) | | |
| DTX151 | DDX 057 | COG0018974 | COG0018974 | | 2007–2009–Year ID Products Direct Expenses CFO Budget Reviews | | |
| DTX 152 | DDX 058 | COG0002568 | COG0002568 | | Excel Spreadsheet – Cost of Components (Light Pipe & Diffuser) | | |

| EX # | DEP EX. NO. | BEG. BATES NO. | END BATES NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|---|---|---|---|---|---|---|---|
| DTX 153 | DDX 059 | COG0002288 | COG0002288 | | Excel Spreadsheet – Cognex contract manufacturers | | |
| DTX154 | DDX 060 | COG0002700 | COG0002700 | | Excel Spreadsheet – contract manufacturers | | |
| DTX155 | DDX 061 | COG0020278 | COG0020278 | | Excel Spreadsheet - (Revised Price List) | | |
| DTX156 | DDX 062 | COG0020091 | COG0020112 | | Cognex Presentation - ID Products | | |
| DTX157 | DDX 063 | COG0018980 | COG0018985 | | Cognex Brochure - ID Products | | |
| DTX158 | DDX 064 | COG0018362 | COG0018380 | 02/2008 | Cognex Presentation – ID Products – Q1 Update: DataMan 7500 Series | | |
| DTX 159 | DDX 065 | COG0019424 | COG0019437 | | Cognex Presentation - ID Products-Product Road Map Q1/08-Q1'10 - New Product Development Strategy & Resource Planning | | |
| DTX 160 | DDX 066 | COG0003524 | COG0003532 | | Cognex Presentation - ID Products – DataMan 8000 Series – Marketing Justification | | |
| DTX161 | DDX 067 | COG0018337 | COG0018337 | | Excel Spreadsheet – Product Development | | |
| DTX 162 | DDX 068 | COG0018854 | COG0018907 | February 2009 | Cognex Presentation – ID Products – Three Year Product Plan | | |
| DTX 163 | DDX 069 | COG0020233 | COG0020249 | February 2009 | Cognex Presentation- ID Products – Market Overview & Road Map | | |

| EX # | DEP. EX. NO. | BEG. BATES NO. | END BATES NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|---|---|---|---|---|---|---|---|
| DTX164 | DDX 070 | COG0018583 | COG0018599 | 2010 | Cognex Presentation - DataMan 8000 Series – Hand Held Readers | | |
| DTX 165 | DDX 071 | COG0018318 | COG0018318 | | Excel Spreadsheets - DataMan 9500 Spreadsheets with Launch Dates | | |
| DTX166 | | | | | Affidavit of Christopher Butler, Office Manager at the Internet Archive | Relevance; Rule 403; Hearsay; Plaintiffs reserve the right to further object upon receipt | |
| DTX 167 | | | | | Exhibit number not being used | | |
| DTX 168 | DDX 077 | COG0018438 | COG0018472 | | HHP/COGNEX Direct Part Marking Product Development and Marketing Alliance Agreement Version 4.0 | | |
| DTX 169 | DDX 092 | | | 08/26/2013 | Subpoena to Testify at a Deposition to Arthur J. O'Dea | Inappropriate Exhibit | |
| DTX 170 | DDX 093 | | | 09/04/2013 | USPTO Transactional History for 11/257,411 | | |
| DTX171 | DDX 116 | JME0000001 | JME0000066 | 06/27/2006 | USITC 337-TA-551 In the Matter of Certain Laser Bar Code Scanners and Scan Engines, Components Thereof and Products Containing Same Witness Statement of Jay Eastman, Ph.D. | Relevance; Rule 403; Hearsay | |

| EX # | DEP. EX NO. | BEG BATES NO. | END BATES NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|---|---|---|---|---|---|---|---|
| DTX172 | DDX 117 | JME0000067 | JME0000146 | May 26, 2005 | Metrologic Instruments v. Symbol Technologies, Inc. Deposition of Jay Eastman Vol. 1, taken May 26, 2005 | Relevance; Rule 403; Hearsay | |
| DTX 173 | DDX 118 | JME0000147 | JME0000230 | May 27, 2005 | Metrologic Instruments v. Symbol Technologies, Inc. Deposition of Jay Eastman Vol. 2, taken May 27, 2005 | Relevance; Rule 403; Hearsay | |
| DTX174 | DDX 119 | MIC0009762 | MIC0009762 | | Dome Engineering Schematic Drawings | | |
| DTX 175 | DDX 120 (Also marked as Drisco l 15 Scharf 17 Bubnos | MIC0005384 | MIC0005385 | | Engineering Schematic Drawings (redacted subject to Defendants' Motion *in limine* 1) | | |
| DTX176 | DDX 124 | | | 07/17/2013 | USPTO Office Action re Reexamination 90/012,828 | | |

| EX. # | DEP. EX. NO. | BEG. BATES NO. | END BATES NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|---|---|---|---|---|---|---|---|
| DTX 177 | DDX 131 | | | 10/28/2011 | Habersham Plantation v. Bernard Molyneux 10-cv-61526, Plaintiffs Motion to Strike Expert Report of James Pampinella | Relevance; Rule 403; Hearsay | |
| DTX 178 | Milburn 3 | MIC0006314 | MIC0006363 | | Mobile Hawk Product Spreadsheets 2009 - 2013 | | |
| DTX 179 | Milburn 21 | MIC0006364 | MIC0006375 | 06/2013 | Microscan - Current Organization Chart Presentation, June 2013 | | |
| DTX 180 | O'Brien 11 (Also marked as Scharf 20) | MIC0006050 | MIC0006051 | | Auto ID Handheld Readers - Mobile Hawk - Product Brochure | | |
| DTX181 | Scharf 26 | MIC0003944 | MIC0004071 | | Microscan - Mobile Hawk Handheld DPM Imager User's Manual P/N 83-100021 Rev B | | |
| DTX 182 | Bubnoski 2 | | | 08/09/2013 | Rebuttal Expert Report of David Bubnoski with Exhibits A-B | Relevance; Rule 403; Hearsay; Inappropriate Exhibit | |
| DTX 183 | | | | | **Exhibit A** to Bubnoski 08/09/2013 Rebuttal Expert Report – Materials Considered | Relevance; Rule 403; Hearsay; Inappropriate Exhibit | |
| DTX 184 | | | | | **Exhibit B** to Bubnoski 08/09/2013 Rebuttal Expert Report – Drawings | Relevance; Rule 403; Hearsay; Inappropriate Exhibit | |

| EX # | DEP EX. NO. | BEG BATES NO. | END BATES NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|---|---|---|---|---|---|---|---|
| DTX185 | | | | 09/20/2013 | Declaration of David Bubnoski w Exhibits A-B | Relevance; Rule 403; Hearsay; Inappropriate Exhibit | |
| DTX186 | | MIC0009909 MIC0009918 MIC0009926 | MIC0009913 MIC0009919 MIC0009927 | | **Exhibit A** to Bubnoski 09/20/2013 Declaration – Auto ImageID articles | Relevance; Rule 403; Hearsay | |
| DTX187 | | MIC0009914 | MIC0009917 | | **Exhibit B** to Bubnoski 09/20/2013 Declaration – Drawings | Relevance; Rule 403; Hearsay | |
| DTX188 | | | | 07/19/2013 | Expert Report and Declaration of David Bubnoski with Exhibits A-C | Relevance; Rule 403; Hearsay; Inappropriate Exhibit | |
| DTX 189 | | | | | **Exhibit A** to Bubnoski 7/19/2013 Expert Report – Materials Considered | Relevance; Rule 403; Hearsay; Inappropriate Exhibit | |
| DTX190 | | | | | **Exhibit B** to Bubnoski 7/19/2013 Expert Report – CV of David Bubnoski | Relevance; Rule 403; Hearsay | |
| DTX191 | | | | | **Exhibit C** to Bubnoski 7/19/2013 Expert Report – Sales Brochure | Relevance; Rule 403; Hearsay | |
| DTX 192 | | MIC0001690 | MIC0001702 | 03/05/2002 | US 6,352,204 Optical Symbol Scanner With Low Angle Illumination (Hattersley) | Relevancy | |
| DTX193 | | MIC0001703 | MIC0001722 | 11/17/2009 | US 7,617,984 Hand Held Symbology Reader Illumination Diffuser (Nunnink) | Relevancy | |

| EX # | DEP EX. NO. | BEG. BATES NO. | END BATES NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|---|---|---|---|---|---|---|---|
| DTX194 | | MIC0001723 | MIC0001752 | 08/05/2003 | US 6,601,768 Imaging Module For Optical Reader Comprising Refractive Diffuser (McCall) | Relevancy | |
| DTX 195 | | MIC0001753 | MIC0001772 | 11/02/2010 | US 7,823,783 Light Pipe Illumination System and Method (Gerst, III) | Relevancy | |
| DTX 196 | | MIC0001773 | MIC0001775 | 05/29/1990 | US 4,929,053 Display Unit and Optical Waveguide For Use In Same (Muller-Stute) | Relevancy | |
| DTX 197 | | MIC0001776 | MIC0001789 | 05/03/1994 | US 5,309,277 High Intensity Illuminator (Deck) | Relevancy | |
| DTX198 | | MIC0005382 | MIC0005382 | | Mobile Hawks Excel Spreadsheet | | |
| DTX 199 | 124 | COG0034236 | COG0034267 | 07/17/2013 | USPTO Office Action re Reexamination 90/012,828 (Unbates numbered version was previously marked as DTX 124) | | |
| DTX200 | | | | | Exhibit number not being used | | |
| DTX201 | | | | | Exhibit number not being used | | |
| DTX202 | | | | | Exhibit number not being used | | |

| EX. # | DEP. EX. NO. | BEG. BATES NO. | END BATES NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|---|---|---|---|---|---|---|---|
| DTX203 | | | | | Physical Exhibit - Mobile Hawk device | | |
| DTX204 | | | | | Physical Exhibit - Mobile Hawk | | |
| DTX205 | | | | | Physical Exhibit - Mobile Hawk prism | | |
| DTX206 | | | | | Exhibit number not being used | | |
| DTX207 | | | | | Exhibit number not being used | | |
| DTX208 | | | | | Exhibit number not being used | | |
| DTX209 | | | | | Exhibit number not being used | | |
| DTX210 | | | | | Exhibit number not being used | | |
| DTX211 | | | | | Exhibit number not being used | | |
| DTX212 | | | | | Exhibit number not being used | | |
| DTX213 | | | | | Exhibit number not being used | | |
| DTX214 | | | | | Exhibit number not being used | | |
| DTX215 | | | | | Exhibit number not being used | | |

| EX # | DEF DX NO. | BEG BATES NO. | END BATES NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|------|------------|---------------|---------------|------|-------------|------------|----------|
| DTX216 | | | | 9/8/2013 | Email from Jacob Baron to Steven Hampton stipulating to admissibility of emails produced by Cognex on 9/3/2013 and 9/4/2013 bearing Bates Numbers COG0034215-34235. | Relevance; Rule 403; Hearsay; Inappropriate Exhibit | |
| DTX217 | | | | 9/6/2013 | Email from Steven Hampton to Jacob Baron requesting that Cognex stipulated to the admissibility of emails produced on 9/3/2013 and bearing Bates Numbers COG0034215 - COG0034235 | Relevance; Rule 403; Hearsay; Inappropriate Exhibit | |
| DTX218 | | | | 09/03/2013 | Cognex production letter dated September 3, 2013 enclosing COG010 production including emails bearing Bates Numbers COG0034215 - COG0034233 | Relevance; Rule 403; Hearsay; Inappropriate Exhibit | |
| DTX219 | | | | 09/04/2013 | Email providing Cognex production dated September 4, 2013 enclosing COG011 production including emails bearing Bates Numbers COG0034234- COG004235 | Relevance; Rule 403; Hearsay; Inappropriate Exhibit | |

| EX. # | DEP. EX. NO. | BEG. BATES NO. | END BATES NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|-------|--------------|----------------|---------------|------|-------------|------------|----------|
| DTX220 | | | | 11/02/2010 | Certified Copy US 7,823,783 Light Pipe Illumination System and Method (Gerst, III) | Relevancy | |
| DTX221 | | | | 09/03/2013 | Subpoena to Testify at a Deposition to Tracy Calabresi | Relevance; Rule 403; Hearsay; Inappropriate Exhibit | |
| DTX222 | | COG0034229 | COG0034230 | 07/23/2004 | E-mail From: Laurens Nunnink To: Will Equitz Re: Hawkeye51 | | |
| DTX223 | | COG0034231 | COG0034231 | | Attachment to e-mail from Laurens Nunnink to: Will Equitz Re: Hawkeye 51 | | |
| DTX224 | | COG0034232 | COG0034232 | | Attachment to e-mail from Laurens Nunnink to: Will Equitz Re: Hawkeye 51 | | |
| DTX225 | | | | | Exhibit number not being used | | |
| DTX226 | | | | | Exhibit number not being used | | |
| DTX227 | | | | | Exhibit number not being used | | |
| DTX228 | | | | | Exhibit number not being used | | |
| DTX229 | | MIC0005479 | MIC0005545 | | VDC Market Research Spreadsheet | | |

| EX # | DEP EX. NO. | BEG BATES NO. | END BATES NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|---|---|---|---|---|---|---|---|
| DTX230 | | MIC0007056 | MIC0007078 | | How to Sell the Mobile Hawk Presentation (Redacted subject to Defendants' Motion *in limine* 1) | | |
| DTX231 | | COG0018473 | COG0018475 | | Amendment to Supply Agreement between Handheld Products and Honeywell | | |
| DTX232 | | MIC0006514 | MIC0006514 | | Mobile Hawk Component Cost Chart (Redacted subject to Defendants' Motion *in limine* 1) | | |
| DTX233 | | COG0033445 | COG0033453 | | DataMan Bill of Materials | | |
| DTX234 | | MIC0005391 | MIC0005396 | | MS-Q Financial Projection Spreadsheet | | |
| DTX235 | | MIC0003785 | MIC0003788 | | Microscan sales spreadsheet | | |
| DTX236 | | COG0018727 | COG0018727 | | Cognex Profit & Loss Statements | | |
| DTX237 | | COG0018854 | COG0018907 | 2/2009 | Cognex ID Products Presentation | | |
| DTX238 | | COG0018743 | COG0018846 | | Cognex ID Products Presentation | | |
| DTX239 | | | | 9/13/2013 | Email from Jacob Baron to Stephen Wurth regarding Cognex privilege log entries that relate to the HawkEye | Relevance; Rule 403; Hearsay; Inappropriate Exhibit | |
| DTX240 | Buck 010 | COD000004 | COD000004 | | Contract information for Manufacturers | | |

| EX. # | DEP. EX. NO | BEG. BATES NO. | END BATES NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|-------|-------------|----------------|---------------|------|-------------|------------|----------|
| DTX241 | O'Brien 003 | MIC0006755 | MIC0006792 | 07/05/2006 | Microscan Lab Report Applications Engineering – Comparison Testing & Evaluating - Phase II | | |
| DTX242 | O'Brien 008 | MIC0003754 | MIC0003755 | | Microscan Lab Report Applications Engineering – Comparison Testing & Evaluating - Phase II | | |
| DTX243 | | | | | Web print out from www.microscan.com | Relevance; Rule 403; Hearsay | |
| DTX244 | | | | | Story of use form www.aeronautics.nasa.gov/events/showcase/techtran.htm | Relevance; Rule 403; Hearsay | |
| DTX245 | | | | | Article referencing NASA SRC from www.spacefoundation.org/programs/space-technology-hall-fame/inducted-technologies/data-matrix-symbology | Relevance; Rule 403; Hearsay | |
| DTX246 | | COG0034281 | COG0034296 | | DataMan 7000 (DM7000) Engineering Requirements Document | | |
| DTX247 | | COG0034779 | COG0034793 | | DataMan 7000 (DM7000) Engineering Requirements Document | | |
| DTX248 | | COG0034549 | COG0034565 | | DataMan 7000 (DM7000) Engineering Requirements Document | | |

| EX. # | DEF. EX. NO. | BEG. BATES NO. | END BATES NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|---|---|---|---|---|---|---|---|
| DTX249 | | COG0034297 | COG0034313 | | DataMan 7000 (DM7000) Engineering Requirements Document | | |
| DTX250 | | COG0034566 | COG0034582 | | DataMan 7000 (DM7000) Engineering Requirements Document | | |
| DTX251 | | COG0034314 | COG0034332 | | DataMan 7000 (DM7000) Engineering Requirements Document | | |
| DTX252 | | COG0034364 | COG0034382 | | DataMan 7000 (DM7000) Engineering Requirements Document | | |
| DTX253 | | COG0034974 | COG0034995 | | DataMan 7000 (DM7000) Engineering Requirements Document | | |
| DTX254 | | COG0034695 | COG0034717 | | DataMan 7000 (DM7000) Engineering Requirements Document | | |
| DTX255 | | COG0034670 | COG0034694 | | DataMan 7500 (DM7500) Engineering Requirements Document | | |
| DTX256 | | COG0034524 | COG0034548 | | DataMan 7500 (DM7500) Engineering Requirements Document | | |
| DTX257 | | COG0034794 | COG0034820 | | DataMan 7500 (DM7500) Engineering Requirements Document | | |
| DTX258 | | COG0034444 | COG0034470 | | DataMan 7500 (DM7500) Engineering Requirements Document | | |

| EX. # | DEP. EX. NO. | BEG. BATES NO. | END BATES NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|---|---|---|---|---|---|---|---|
| DXT259 | | COG0034583 | COG0034610 | | DataMan 7500 (DM7500) Engineering Requirements Document | | |
| DXT260 | | COG0034642 | COG0034669 | | DataMan 7500 (DM7500) Engineering Requirements Document | | |
| DXT261 | | COG0034471 | COG0034499 | | DataMan 7500 (DM7500) Engineering Requirements Document | | |
| DXT262 | | COG0034944 | COG0034973 | | DataMan 7500 (DM7500) Engineering Requirements Document | | |
| DXT263 | | COG0034383 | COG0034412 | | DataMan 7500 (DM7500) Engineering Requirements Document | | |
| DXT264 | | COG0034500 | COG0034523 | | DataMan 7500 (DM7500) Engineering Requirements Document | | |
| DXT265 | | COG0034718 | COG0034747 | | DataMan 7500 (DM7500) Engineering Requirements Document | | |
| DXT266 | | COG0034821 | COG0034851 | | DataMan 75x0 (DM75x0) Engineering Requirements Document | | |
| DXT267 | | COG0034852 | COG0034881 | | DataMan 75x0 (DM75x0) Engineering Requirements Document | | |
| DXT268 | | COG0034333 | COG0034363 | | DataMan 75x0 (DM75x0) Engineering Requirements Document | | |

| EX # | DEP EX NO | BEG BATES NO. | END BATES NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|---|---|---|---|---|---|---|---|
| DXT269 | | COG0034611 | COG0034641 | | DataMan 75x0 (DM75x0) Engineering Requirements Document | | |
| DXT270 | | COG0034882 | COG0034912 | | DataMan 75x0 (DM75x0) Engineering Requirements Document | | |
| DXT271 | | COG0034913 | COG0034943 | | DataMan 75x0 (DM75x0) Engineering Requirements Document | | |
| DXT272 | | COG0034413 | COG0034443 | | DataMan 75x0 (DM75x0) Engineering Requirements Document | | |
| DXT273 | | COG0034748 | COG0034778 | | DataMan 75x0 (DM75x0) Engineering Requirements Document | | |
| DXT274 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT275 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT276 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT277 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT278 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT279 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT280 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT281 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT282 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT283 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT284 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT285 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT286 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT287 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT288 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT289 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT290 | | | | | Demonstrative | Inappropriate Exhibit | |

| EX. # | DEP. EX. NO. | REG. BATES NO. | END BATES NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|-------|-------------|----------------|---------------|------|-------------|------------|----------|
| DXT291 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT292 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT293 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT294 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT295 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT296 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT297 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT298 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT299 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT300 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT301 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT302 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT303 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT304 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT305 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT306 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT307 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT308 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT309 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT310 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT311 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT312 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT313 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT314 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT315 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT316 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT317 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT318 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT319 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT320 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT321 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT322 | | | | | Demonstrative | Inappropriate Exhibit | |

| EX # | DEP. EX. NO. | BEG. BATES NO. | END BATES NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|---|---|---|---|---|---|---|---|
| DXT323 | | | | | Demonstrative | Inappropriate Exhibit | |
| DXT324 | | COG0035025 | COG0035025 | 05/02/2004 | Additional remarks on the concept sketches Dataman 7000a/b sent yesterday. (04/02/2004) | | |
| DTX325 | | COG0035059 | COG0035059 | 05/29/2004 | Dataman 7000 questions for HHP, May 29, 2004 | | |
| DTX326 | | COG0035315 | COG0035324 | | ID Sensor Program Marketing Requirements Documents for Hand Held Reader | | |
| DTX327 | | COG0035540 | COG0035543 | 01/18/2005 | Meeting notes, DM7500 meeting at Hand Held Products Jan 18, 2005 | | |
| DTX328 | | COG0035660 | COG0035660 | 06/16/2004 | Draft Overview DM7000 Schedule, June 16, 2004 | | |
| DTX329 | | COG0035694 | COG0035694 | 06/02/2004 | Overview Schedule for Cognex/HHP DMR 7000 | | |
| DTX330 | | COG0035752 | COG0035753 | | Requirements for the Industrial Design of the Falcon Handheld Reader and Base Station | | |
| DTX331 | | COG0035776 | COG0035776 | 01/13/2004 | List of questions and desired documentation from HHP for potential joint Cognex/HHP project, January 13, 2004 | | |
| DTX332 | | COG0036045 | COG0036056 | 11/30/2004 | DM7500 Project Status – Will Equitz | | |
| DTX333 | | COG0036698 | COG0036701 | | Competitive – Hand Held | | |
| DTX334 | | COG0037464 | COG0037566 | | ID Products 2011 Kick Off Meeting – Carl Gerst | | |

| EX. # | DEP. EX. NO. | BEG. BATES NO. | END BATES NO. | DATE | DESCRIPTION | OBJECTIONS | ADMITTED |
|---|---|---|---|---|---|---|---|
| DTX335 | | COG0038840 | COG0038966 | | ID Products 2011 Kick Off Meeting – Carl Gerst, Matt Engle, John Keating | | |
| DTX336 | | COG0039679 | COG0039798 | | ID Products 2011 Kick Off Meeting – Carl Gerst, Matt Engle, John Keating | | |
| DTX337 | | COG0035243 | COG0035262 | | DM75x0 QA Plan | | |
| DTX338 | | COG0034998 | COG0034999 | | DM7500 Planning, May 12, 2005 | | |
| DTX339 | | COG0035035 | COG0035040 | | DM75x0 Development Plan | | |