UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
COGNEX CORP.; and COGNEX         :
TECHNOLOGY & INVESTMENT, LLC,    :
                                 :
        Plaintiffs,              :
                                 :
        -v-                      :      13 Civ. 2027 (JSR)
                                 :
MICROSCAN SYSTEMS, INC.; and     :
THE CODE CORPORATION,            :
                                 :
        Defendants.              :
------------------------------------------------------X

## JURY'S VERDICT

### LIABILITY

1. We the jury find that plaintiffs have proved by a preponderance of the evidence that defendants infringed Claims 1 and 30 of the '487 patent.

    Yes __✓__         No _____

[If you answered "No" to Question 1, leave Questions 2, 3, and 4 blank.]

2. We the jury, having found that the defendants infringed Claims 1 and 30 of the '487 patent, nonetheless find that the defendants have proved by clear and convincing evidence that the patent was invalid.

    Yes _____        No __✓__

[If you answered "Yes" to Question 2, leave Questions 3 and 4 blank. If you answered "Yes" to Question 1 and you answered "No" to Question 2, then answer Questions 3 and 4.]

## DAMAGES

3. Having found defendants liable for infringement, we the jury award plaintiffs the sum of:

$ 2,578,286.00 in compensatory damages.

4. Having found defendants liable for infringement, we the jury find that the infringement by defendant Microscan Systems, Inc. was:

Willful ✓   Not Willful _____

_____
FOREPERSON

Date: 4/30/2014