UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COGNEX CORP., and COGNEX TECHNOLOGY & INVESTMENT LLC,<br><br>               Plaintiffs,<br><br>v.<br><br>MICROSCAN SYSTEMS, INC., and THE CODE CORPORATION,<br><br>               Defendants. | Civil Action No. 13 Civ. 02027 (JSR)<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF JACOB K. BARON

I, Jacob K. Baron, hereby declare as follows:

1. I am a partner in the law firm of Holland & Knight LLP, counsel for Plaintiffs, Cognex Corporation ("Cognex Corp.") and Cognex Technology and Investment LLC ("CTI LLC") (collectively, "Cognex"). I make this declaration in support of Cognex's Motion for Attorneys' Fees. The following facts are true of my own knowledge and, if called upon to do so, I could and would competently testify to the truth thereof.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Trial Transcript in this matter.

3. Attached hereto as Exhibit 2 is a true and correct copy of Plaintiffs' Trial Exhibit 294.

4. Attached hereto as Exhibit 3 is a true and correct copy of an electronic mail from Stephen Wurth dated April 23, 2014.

I declare under penalty of perjury under the laws of the United States pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this 12th day of May, 2014.

*/s/ Jacob K. Baron*
Jacob K. Baron

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2014, a true and correct copy of the foregoing Declaration of Jacob K. Baron was served by CM/ECF on all counsel or parties of record on the service list below.

/s/Jacob K. Baron
Jacob K. Baron

Colin J. Garry
cgarry@sidley.com
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Steven J. Hampton
(*admitted pro hac vice*)
shampton@mcandrews−ip.com
Eligio C. Pimentel
(*admitted pro hac vice*)
epimentel@mcandrews-ip.com
Stephen M. Wurth
(*admitted pro hac vice*)
swurth@mcandrews-ip.com
McAndrews, Held & Malloy, LTD
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
(312) 775-8000

*Attorneys for Defendants Microscan Systems, Inc. and the Code Corporation*